Fill in this information to identify the case:

Debtor name: Alamo Chandler LLC
United States Bankruptcy Court for the: DISTRICT OF ARIZONA
Case number (if known): 2:20-bk-05017

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alamo Drafthouse Cinemas LLC Attn: Missy Reynolds 3908 Avenue B Austin, TX 78751 | | Continuing Royalty Fee per Franchise Agreement | | | | $523,150.31 |
| American Express World Financial 200 Vesey Street New York, NY 10285 | | Credit card purchases | | | | $2,000.00 |
| Arizona Dept of Revenue - Sales Tax 1600 W. Monroe St Phoenix, AZ 85007 | | Sales Tax | | | | $20,853.16 |
| BlueCross BlueShield of AZ Cash Control, P.O. Box 52719 Phoenix, AZ 85072-2719 | Rosie Garcia Rosie.Garcia@azblue.com 480-271-8223 | Vendor | | | | $5,176.52 |
| BNC National Bank SBA Dept. 20175 N. 67th Avenue Glendale, AZ 85308 | | PPP Loan | Contingent | | | $417,700.00 |
| High Peaks PO Box 7150 Phoenix, AZ 85011-7150 | | Vendor | | | | $4,800.50 |
| IronEdge Management LLC 3000 Wilcrest Drive, Ste 300 Houston, TX 77042 | accounting@ironedgegroup.com 713-574-5555 | Vendor | | | | $3,454.90 |
| MONDO Tees 3908 Ave B Austin, TX 78751 | Kelsey Snider kelsey.snider@drafthouse.com | Vendor | | | | $16,236.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Alamo Chandler LLC | | | Case number (if known) | 2:20-bk-05017 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Paramount Pictures Corporation<br>PO Box 748774<br>Los Angeles, CA 90074-8774 | Eric Thomas<br>eric.thomas@viacom.com | Vendor | | | | $6,616.43 |
| Peddler's Son Produce Company<br>3235 E. Jackson St<br>Phoenix, AZ 85034 | info@peddlersson.com<br>602-253-3577 | Vendor | | | | $3,502.45 |
| Printglobe<br>3500 Comsouth Dr, Ste 100<br>Austin, TX 78744 | Michele.T@printglobe.com<br>800-989-2181 x 383 | Vendor | | | | $1,532.08 |
| Sony Electronics Inc<br>22470 Network Place<br>Chicago, IL 60673-1224 | | Vendor | | | | $2,712.00 |
| SRP - Salt River Project<br>PO Box 80062<br>Prescott, AZ 86304 | Brad Kerley<br>brad.kerley@srpnet.com<br>602-236-5357 | Utility provider | | | | $4,462.95 |
| Strong Technical Services<br>P.O. Box 310299<br>Des Moines, IA 50331 | noc@strong-tech.com<br>800-722-4445 | Vendor | | | | $3,748.00 |
| The Shoppes At Chandler Heights LLC<br>555 E. River Rd, Ste 201<br>Tucson, AZ 85704 | Cynthia Valencia<br>Cynthia@townwestrealty.com<br>520-615-7707 x 7118 | Rent | | | | $175,438.70 |
| Universal Film Exchange LLC<br>LB 848270/1950 N. Stemmons Fwy #5010<br>Dallas, TX 75207 | jimk@universalcinema.com<br>817-633-2180 | Vendor | | | | $7,579.17 |
| US Foods<br>PO Box 52531<br>Phoenix, AZ 85072-2531 | usfoodsstatement@usfoods.com<br>800-253-0277 | Vendor | | | | $35,592.03 |
| Vista Entertainment Solutions (USA) Inc.<br>335 N. Maple Drive, Ste 150<br>Beverly Hills, CA 90210 | receivables@vista.com<br>323-944-0470 | Vendor | | | | $7,984.16 |

| Debtor | Alamo Chandler LLC | | | Case number *(if known)* | 2:20-bk-05017 | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Walt Disney Studios<br>Disney Box<br>732554-14800 Frye Rd TX1-0201<br>Fort Worth, TX 76155 | wdsmp.west@disney.com<br>818-560-3543 | Vendor | | | | $5,522.86 |
| Warner Bros Studios<br>4000 Warner Blvd<br>Burbank, CA 91522 | Nicole Paige<br>nicole.paige@warnerbros.com | Vendor | | | | $8,999.06 |