Wesley D. Ray (SBN 026351)
Wesley.Ray@SacksTierney.com
Philip R. Rudd (SBN 014026)
Philip.Rudd@SacksTierney.com
**SACKS TIERNEY P.A.**
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600
Facsimile: 480.970.4610
*Attorneys for Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ALAMO CHANDLER, LLC,<br><br>ALAMO GILBERT, LLC,<br><br>ALAMO TEMPE, LLC,<br><br>           Debtors. | Case No. 2:20-bk-05017-DPC<br><br>Joint Administration With<br>Cases No. 2:20-bk-05020-DPC<br>              2:20-bk-05026-DPC<br><br>Chapter 11 Proceedings |
| THIS FILING APPLIES TO:<br>  _X_  All Debtors<br>  ____ Alamo Chandler, LLC<br>  ____ Alamo Gilbert, LLC<br>  ____ Alamo Tempe, LLC | **MOTION TO AUTHORIZE THE INTERIM USE OF CASH CLAIMED AS COLLATERAL AND TO DETERMINE THAT CERTAIN POST PETITION REVENUES ARE NOT CASH COLLATERAL** |

Alamo Chandler, LLC ("Alamo Chandler,") Alamo Gilbert, LLC, ("Alamo Gilbert,") and Alamo Tempe, LLC ("Alamo Tempe" and together with Alamo Chandler and Alamo Gilbert, the "Debtors"), debtors-in-possession in the above-referenced bankruptcy cases, hereby move this Court pursuant to 11 U.S.C. §§ 361, 363 and 552, and Bankruptcy Rules 4001 and 9014, for an order authorizing the interim use of cash that may be claimed to be the collateral of certain creditors through September 4, 2020. The cash

implicated by this motion would be used, in accordance with the budgets attached hereto as Exhibits "A," "B," and "C," to pay the ordinary and necessary expenses associated with the resumption and maintenance of the Debtors' theater and restaurant operations. Any revenues generated by the Debtors in excess of those described in the budgets attached hereto will be held by the Debtors until such time as the creditors(s) asserting an interest in the implicated cash agrees to, or this Court authorizes, their use. Although the Debtors do not believe that certain portions of the cash sought to be used by this motion are, in fact, cash collateral, they file this motion in an abundance of caution and to facilitate the Debtors' operations until such time as the Court may fully examine the extent and validity of any liens on post-petition revenues. This motion is supported by the following memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.      FACTUAL BACKGROUND**

1.      On May 13, 2020 (the "Petition Date"), each of the Debtors filed a voluntary Chapter 11 bankruptcy petition, thereby commencing the above-captioned jointly-administered cases.

2.      The Debtors are authorized to operate their businesses as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3.      The subject matter of this motion is a core proceeding under 28 U.S.C. §157(b)(2)(A), (M).

4.      Each of the Debtors operates an Alamo Drafthouse Cinema (collectively, the "Theaters") under a franchise agreement with Alamo Drafthouse Cinemas, LLC ("Franchisor").

5.      The Theaters are located, respectively, in Chandler, Gilbert, and Tempe, Arizona.

6.      The Debtors business model is to provide patrons of the Theaters with an upscale movie-going experience that includes premium seating and amenities, and access to a full-service menu.

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

7.      Collectively, the Debtors generated more than $12,500,000 in gross revenues in 2019.

8.      On March 19, 2020, Governor Ducey issued Executive Order 2020-09 (the "Executive Order").

9.      The Executive Order compelled the closure of all movie theaters in the state of Arizona to protect against the spread of COVID-19.

10.      As a result of the Executive Order, the Debtors Theaters were, and presently remain, closed.

11.      The Executive Order forcing the closure of the Theaters, though a series of intervening orders, ultimately expired on May 15, 2020.

12.      The Debtors intend to resume the operation of their Theaters, on, or about July 3, 2020, in a manner intended to maximize the safety and comfort of movie-goers, in light of the continuing concerns surrounding COVID-19.

13.      In order to resume operations and enhance the value of their respective bankruptcy estates during these bankruptcy proceedings, the Debtors must use their cash-on-hand and the income derived from post-petition operations to pay, among other things, the expenses associated with reopening and restocking the Theaters, hiring and training a new workforce, and other ordinary and necessary operating expenses.

14.      Each Debtors' projected income (the "Income") and expenses (the "Expenses"), for the period of May 15, 2020 through September 4, 2020, are identified in the budgets attached hereto as Exhibits "A,", "B," and "C" (each, a "Budget," and collectively, the "Budgets").

15.      Upon information and belief, based upon pre-petition agreements and UCC-1 financing statements, the Debtors suspect that the following parties (collectively, the "Creditors") may assert a security interest in the Debtors' cash, inventory, and accounts, and contend that the Debtors' cash-on-hand and/or Income constitutes "cash collateral" as defined in 11 U.S.C. §363.

a.      Alamo Chandler Creditors

1               (1)     BNC National Bank;

2               (2)     U.S. Foods, Inc.;

3               (3)     American Express National Bank; and

4               (4)     Franchisor.

5         b.     <u>Alamo Gilbert Creditors</u>

6               (1)     Stearns National Bank; and

7               (2)     Franchisor.

8         c.     <u>Alamo Tempe Creditors</u>

9               (1)     BNC National Bank; and

10              (2)     Franchisor.

11     16.    The Debtors have not had sufficient time to determine the validity, priority, enforceability, or extent of any lien asserted by the Creditors, or any other party, and expressly reserve their rights to contest any such lien or otherwise object to the claim related thereto.

15     17.    In the meantime, the Debtors propose to use their cash and the Income to pay the Expenses in accordance with the Budgets, with a ten percent (10%) permissible variance of the total of each Budget.

18     18.    Notably, each debtor received a loan under the Paycheck Protection Program ("<u>PPP</u>") prior to the Petition Date.

20     19.    The Debtors have segregated the funds each received under the PPP, and will use those funds in a way intended to maximize the extent to which those funds will be considered a grant, rather than a loan.

23     20.    It is crucial for the Debtors to have the use of their cash and the Income to resume and maintain the operation of their businesses in order to enhance and preserve their going-concern value while the Debtors formulate and implement a plan of reorganization.

26     21.    The Debtors believe that their reorganization efforts would suffer immediate and irreparable harm if they were not allowed to use their cash and the Income to pay the Expenses.

22.     The Debtors submit that any purported interests in their cash and the Income are adequately protected by the value generated through the Debtors' future operations, and request that the Court enter an order authorizing the Debtors to pay the Expenses, as reflected in the Budget, without delay.

## II.     LEGAL ARGUMENT

### A.     The Post-Petition Revenues Generated by the Debtors Not Cash Collateral.[1]

Section 552(a) of the Bankruptcy Code sets forth the general rule that "property acquired by the estate or by the debtor after the commencement of the case is not subject to any lien resulting from any security agreement entered into by the debtor before the commencement of the case."  This elimination of liens on property acquired after the petition date is intended "to allow a debtor to gather into the estate as much money as possible to satisfy the claims of all creditors."  *In re Bering Trader, Inc.*, 944 F.2d 500, 502 (9th Cir. 1991).  As such, because all of the Debtors' future revenues will be acquired subsequent to the Petition Date, Section 552(a) would dictate that they be free of all pre-petition security interests, and therefore not treated as cash collateral during the Debtors' bankruptcy.

Section 552(b) of the Bankruptcy Code, however, articulates a limited exception to Section 552(a)'s general rule.  Section 552(b) allows the continuation of a security interest in proceeds, products, offspring, and profits of property acquired pre-petition, to the extent provided by the security agreement or applicable non-bankruptcy law.  The exception created by Section 552(b), though, is to be construed narrowly.  *See In re Bering Trader, Inc.*, 944 at 502.  Any secured creditor hoping to continue the effectiveness of its security interest in bankruptcy bears the burden of establishing that its lien comports with the strict

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251–3693

---

[1] It is likely that some portion of the Debtors' cash and Income constitutes cash collateral, while the remainder may not.  The Debtors are still conducting an analysis of their various assets and income streams and reserve the right to supplement this motion to specifically identify which assets they believe are not subject to any pre-petition security interests.

requirements of Section 552(b). *See e.g. In re Transp. Design & Technology, Inc.*, 48 B.R. 635, 640 (Bankr. S.D. Cal. 1985).

By application of Section 552(a) and (b), various revenues generated through the post-petition operation of a debtor's business are not subject to pre-petition security interests because they are received subsequent to the petition date, and do not qualify as proceeds, products, offspring, or profits of pre-petition collateral. *See In re Skagit Pacific Corporation*, 316 B.R. 330, 336 (B.A.P. 9th Cir. 2004)("revenue generated by the operation of a debtor's business, post-petition, is not considered proceeds if such revenue represents compensation for goods and services rendered by the debtor in its everyday business performance."); *In re Zeeway Corp.*, 71 B.R. 210, 211 (B.A.P. 9th Cir. 1987); *In re McCann*, 140 B.R. 926 (Bankr. D. Mass 1992)(holding that post-petition fees, restaurant and bar revenues, and sales of goods and services by a golf pro shop were not cash collateral.).

Applying this analysis specifically to post-petition revenues generated through the sale of food and beverage, which comprise a significant portion of the Debtors' Income, Courts have found that such revenues do not fall within the exception of Section 552(b), because they are not proceeds or profits of pre-petition property but, rather, derivative of the services provided by the debtor, and therefore not subject to any pre-petition security interests. *In re Cafeteria Operators, L.P.*, 299 B.R. 400, 409-10 (Bankr. N.D. Tex. 2003)(finding that "the restaurant industry is a service-oriented industry," and that "if consumers were solely purchasing the food component, they would look to the local grocery store, for example, to make such a purchase."); *see In re Everett Home Town Limited Partnership*, 146 B.R. 453, 456 (Bankr. Ariz. 1992)(noting that "the income is not proceeds of the property but the result of the services provided by the business").

Even in cases, such as this, where creditors may claim a security interest in a debtor's pre-petition inventory, and attempt to assert a lien on post-petition revenues under the theory that those revenues are the proceeds of the debtor's pre-petition inventory, Courts have concluded that, although such revenues may, in part, represent proceeds of the

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

2732237.v1

debtor's pre-petition inventory, they are primarily derived from the debtor's post-petition services, and therefore not subject to pre-petition liens. *In re Inman*, 95 B.R. 479, 480-481 (Bankr. W.D. Ky. 1988)(concluding that the debtors "were primarily engaged in the selling of services and therefore, any revenues generated from the operation of the businesses were not from the sale of inventory [and therefore] the cash deposits on hand do not constitute proceeds from the sale of inventory"). *U.S. Bank Trust Nat'l Assoc. v. Venice MD LLC, et al*, 92 Fed.Appx. 948, 953, 2004 WL 527827 (4th Cir. 2004)(unpublished)("The depletion of the hotel's food and beverage inventory did not generate revenue by direct sale, as would, for example, selling groceries from a store. Hotel and restaurant establishments are service-oriented businesses; customers pay not just for the food itself, but also for the preparation, atmosphere, and service.").

In this case, the post-petition revenues generated by the Debtors are attributable, in very substantial part, to the Debtors' post-petition services. They are not merely proceeds of the Debtors' pre-petition inventory or other property. Even if this Court determines, however, that at least some portion of the Debtors' post-petition revenues are the proceeds of pre-petition inventory, the Debtors are willing to grant the Creditors a replacement lien on post-petition inventory, to the same extent, and with the same validity and priority, as existed pre-petition. As such, effectively, any portion of the Debtors' revenues that constitute proceeds of pre-petition inventory will be used to purchase new inventory in which the Creditors will hold a post-petition lien. "If the inventory levels remain the same, the [Creditors'] cash collateral is not being utilized by Debtor other than to replenish [the Creditors'] secured collateral, whether secured by the pre-petition lien or the replacement lien." *In re Cafeteria Operators, L.P.*, 299 B.R. 400, 409-10 (Bankr. N.D. Tex. 2003). In light of this replacement lien, and upon application of the foregoing case law, the Debtors submit that their post-petition revenues must be concluded to be free and clear of any pre-petition security interests and, consequently, not subject to the limitations typically placed upon cash collateral.

2732237.v1

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

**B.** **Even if The Debtors Cash and Income Are Cash Collateral, the Creditors' Interests Therein are Adequately Protected.**

Even if the Debtors' cash and post-petition revenues are treated as cash collateral until such time as a decision can be reached on the extent of any liens that exist post-petition, though, the Creditors' interests therein are adequately protected, as set forth below, and the use of the Debtors' cash and Income to pay the Expenses should be authorized.

Pursuant to Section 363(c)(2) of the Bankruptcy Code, the use of cash collateral is permitted only upon consent of the party claiming an interest therein, or with court authority after notice and a hearing. Section 363(e) of the Code conditions the use of cash collateral on the provision, where necessary, of adequate protection. Such adequate protection must be furnished only to the extent necessary to protect a secured creditor against use of collateral that would decrease the value of such creditor's interest in its collateral. 11 U.S.C. § 361; s*ee United Savs. Ass'n Timbers of In-wood Forest Ass'n Ltd*. 484 U.S. 365, 369-73 (1988) (the "interest in property" entitled to protection is "the value of the collateral" that secures such claim). The measure of adequate protection to which a given secured creditor may be entitled should be determined through case-by-case analysis, and with the goal of allowing the debtor maximum flexibility in affording such adequate protection. *In re Martin*, 761 F.2d 472, 474 (8th Cir. 1985). Courts have been understandably reluctant to forbid the reasonable and well-controlled use of cash collateral in realization of the death knell that such a restriction may represent for a debtor's prospects at reorganization. *See In re Franklin Pembroke Venture II*, 105 B.R. 276, 277-78 (Bankr. E.D.Pa. 1989); *In re Stein*, 19 B.R. 458, 459 (Bankr. Pa., 1982)("[T]he purpose of Chapter 11 is to rehabilitate debtors and generally, access to cash collateral is necessary in order to operate a business.").

**C.** **The Creditors' Interests are Adequately Protected by the Going-Concern Value of the Debtors' Business.**

First and foremost, it must be remembered that denying Debtors the use of cash collateral would almost inevitably result in a liquidation. The reorganization of an

enterprise of the Debtors' magnitude is simply not possible without the availability of significant amounts of cash. Although the Creditors may refuse consent to the Debtors' use of cash collateral, nothing could be more deleterious to their interests than a liquidation. The Debtors do not own any real estate, or have any other assets that would generate substantial value in a liquidation context. The only manner in which the Creditors' interests may be protected in this case is through the Debtors' resumption and continuation of business operations. Courts have acknowledged this principle in holding that preservation of a company's going-concern value may attribute to a creditor's security. *See In re Erie Hilton Joint Venture*, 125 B.R. 140, 149 (Bankr. W.D. Pa. 1991) ("[p]reservation of the going-concern value of the business can constitute a benefit to the secured creditor."); *see also In re Princeton Square Assocs.*, 201 B.R. 90, 96 (Bankr. S.D.N.Y. 1996) ("[T]his court concludes that no monetary protection is required to be provided by the debtor in possession to the secured creditor to the extent that the rents are applied for the maintenance of the property in the manner a receiver would apply the rents.").

As an operating enterprise, the Debtors are capable of generating millions of dollars in revenue that can be put towards the payment of not only the Creditors asserting a lien in cash collateral, but all of the Debtors' creditors. Conversely, if the Debtors are denied the use of cash collateral requested herein, and forced into liquidation, their estates become of little relative value. Enhancement and preservation of the going concern value of the Debtors' businesses is the only manner in which any of the creditors in this case may be protected, and the use of the Debtors' cash and Income to create and increase that value satisfies the requirements of Section 361 of the Bankruptcy Code.

**D.     To the Extent the Court Determines that the Creditors Have Liens in Cash Collateral, the Debtors Are Willing to Provide Replacement Liens on Post-Petition Assets to the Same Extent, Validity, and Priority as Enjoyed Pre-Petition.**

As further protection, to the extent that the Creditors are determined to have a lien in cash collateral, the Debtors are willing to grant the Creditors a replacement lien on their respective collateral, to the same extent, and with the same validity and priority, as held on

the Petition Date. The provision of replacement lien is a common and accepted method of providing adequate protection to a secured creditor. *See* e.g. *In re Wrecclesham Grange, Inc.*, 221 B.R. 978, 981 (Bankr. N.D. Fla. 1997); *In re Barkley 3A Investors, Ltd.*, 175 B.R. 755, 759 (Bankr. Kan. 1994).

## III.   CONCLUSION

Based upon the foregoing, the Debtors respectfully request that this Court enter an order:

1. Authorizing the interim use of all of the Debtors' cash and Income, in accordance with the Budgets, as augmented by a 10% total variance, through and including September 4, 2020;

2. Determining that any interest held by the Creditors' in the Debtors' cash and post-petition revenues are adequately protected;

3. Establishing a briefing and hearing schedule to be employed in determining whether or not the Debtors' post-petition revenues are subject to any pre-petition lien or security interest; and

4. Awarding the Debtors such further relief as the Court deems appropriate.

DATED: May 27, 2020.

SACKS TIERNEY P.A.

By: _____
      Wesley D. Ray
      Philip R. Rudd
      Attorneys for Debtors

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on May 27, 2020, to:

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251–3693

Jennifer A. Giaimo  *
jennifer.a.giaimo@usdoj.gov
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Ste. 204
Phoenix, AZ  85003-1725

Edward Burr * Ted@MacRestructuring.com
10191 E. Shangri Law Rd.
Scottsdale, AZ  85260
*Subchapter V Trustee*

Kasey C. Nye *
knye@waterfallattorneys.com
WATERFALL ECONOMIDIS CALDWELL
HANSHAW & VILLAMANA, P.C.
Williams Center, Suite 800
5210 E. Williams Circle
Tucson, AZ  85711
*Attorneys for The Shoppes at Chandler
Heights, LLC*

W. Scott Jenkins, Jr. *
scott.jenkins@quarles.com
Hannah R. Torres *
hannah.torres@quarles.com
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
*Attorneys for BNC National Bank*

Leib M. Lerner * leib.lerner@alston.com
Douglas Harris *
douglas.harris@alston.com
ALSTON & BIRD LLP
333 S. Hope Street, 16th Floor
Los Angeles, CA  90071
*Attorneys for Alamo Drafthouse Cinemas,
LLC*

John R. Worth *
jrw@forresterandworth.com
FORRESTER & WORTH, PLLC
2800 North Central, Suite 1200
Phoenix, AZ  85004
*Attorneys for Alamo Drafthouse Cinemas,
LLC*

Jordan N. Hopkins *
Jordan.Hopkins@stearnsbank.com
STEARNS BANK N.A.
4191 2nd Street South
St. Cloud, MN  56301
*Attorneys for Stearns Bank, N.A.*

American Express Bank
4315 South 2700 West
Salt Lake City, UT  84184

US Foods, Inc.
4650 W. Buckeye Road
Phoenix, AZ  85043

Debtors' Top 20 Unsecured Creditors

By:    */s/ Cathie Bernales*

SACKS TIERNEY P.A., ATTORNEYS
4250 NORTH DRINKWATER BOULEVARD
FOURTH FLOOR
SCOTTSDALE, ARIZONA 85251-3693

# EXHIBIT A

Alamo Chandler LLC
60 day Projection

| | Projection 05/15/20 - 06/14/20 | Projection 06/15/20 - 07/02/20 | Projection 07/03/20- 8/6/20 P7 | Projection 8/7/20- 9/4/20 P8 | Total |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| **Box Office Receipts** | | | | | |
| Box Office Receipts | | | | | |
| Retail Ticket Sales | $ - | $ - | $ 23,717.00 | $ 23,717.00 | $ 47,434.00 |
| Internet Ticket Sales | 0.00 | 0.00 | 68,101.00 | 68,101.00 | 136,202.00 |
| Fandango Ticket Sales | 0.00 | 0.00 | 6,264.00 | 6,264.00 | 12,528.00 |
| Season Pass | 0.00 | 0.00 | 29.00 | 29.00 | 58.00 |
| Talent Fee Sales | 0.00 | 0.00 | 67.00 | 67.00 | 134.00 |
| Internet Fee Sales | 0.00 | 0.00 | 6,845.00 | 6,845.00 | 13,690.00 |
| Total Box Office Receipts | 0.00 | 0.00 | 105,023.00 | 105,023.00 | 210,046.00 |
| **Venue Rental & Other Income** | | | | | |
| Venue Rental Sales | 0.00 | 0.00 | 0.00 | 0.00 | - |
| Special Event Sales | 0.00 | 0.00 | 0.00 | 0.00 | - |
| Gift Card Discount Revenue | 0.00 | 0.00 | 0.00 | 0.00 | - |
| Total Venue Rental & Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gross Ticket & Venue Rental | 0.00 | 0.00 | 105,023.00 | 105,023.00 | 210,046.00 |
| **Food and N/A Beverage Sales** | | | | | |
| Food Sales | 0.00 | 0.00 | 93,674.00 | 93,674.00 | 187,348.00 |
| NA Beverage Sales | 0.00 | 0.00 | 20,078.00 | 20,078.00 | 40,156.00 |
| Dessert Sales | 0.00 | 0.00 | 7,999.00 | 7,999.00 | 15,998.00 |
| Retail Sales | 0.00 | 0.00 | 239.00 | 239.00 | 478.00 |
| Total Food & N/A Beverage Sales | 0.00 | 0.00 | 121,990.00 | 121,990.00 | 243,980.00 |
| **Beer & Wine Sales** | | | | | |
| Bottled Beer Sales | 0.00 | 0.00 | 2,532.00 | 2,532.00 | 5,064.00 |
| Draft Beer Sales | 0.00 | 0.00 | 15,354.00 | 15,354.00 | 30,708.00 |
| Wine Sales | 0.00 | 0.00 | 5,601.00 | 5,601.00 | 11,202.00 |
| Liquor Sales | 0.00 | 0.00 | 14,237.00 | 14,237.00 | 28,474.00 |
| Total Beer and Wine Sales | 0.00 | 0.00 | 37,724.00 | 37,724.00 | 75,448.00 |
| Gross Food & Ale Sales | 0.00 | 0.00 | 159,714.00 | 159,714.00 | 319,428.00 |
| Food Comps | 0.00 | 0.00 | (9,853.00) | (9,853.00) | (19,706.00) |
| Alc Comps | 0.00 | 0.00 | (1,207.00) | (1,207.00) | (2,414.00) |
| Total Comps | 0.00 | 0.00 | (11,060.00) | (11,060.00) | (22,120.00) |
| Net Sales | 0.00 | 0.00 | 253,677.00 | 253,677.00 | 507,354.00 |
| **Cost of Sales** | | | | | |
| **Cost of Box Office** | | | | | |
| Film Rental | | | 41,556.00 | 41,556.00 | 83,112.00 |

| | | | | | |
|---|---|---|---|---|---|
| Film Shipping | 0.00 | 0.00 | 222.00 | 222.00 | 444.00 |
| Box Office Split | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Access Digital Cinema | 0.00 | 0.00 | 202.00 | 202.00 | 404.00 |
| Projector Usage Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Special Event Supplies | 0.00 | 0.00 | 1,700.00 | 1,700.00 | 3,400.00 |
| Creative Department Billing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Box Office** | 0.00 | 0.00 | 43,680.00 | 43,680.00 | 87,360.00 |
| **Cost of Food N/A Bev** | | | | | |
| COGS - Dairy | 0.00 | 732.00 | 3,510.00 | 3,510.00 | 7,752.00 |
| COGS - Meats | 0.00 | 712.00 | 1,673.00 | 1,673.00 | 4,058.00 |
| COGS - Seafood | 0.00 | 92.00 | 502.00 | 502.00 | 1,096.00 |
| COGS - Poultry | 0.00 | 312.00 | 1,673.00 | 1,673.00 | 3,658.00 |
| COGS - Produce | 0.00 | 216.00 | 1,171.00 | 1,171.00 | 2,558.00 |
| COGS - Bakery | 0.00 | 184.00 | 1,004.00 | 1,004.00 | 2,192.00 |
| COGS - Grocery | 0.00 | 104.00 | 5,602.00 | 5,602.00 | 11,308.00 |
| COGS - Paper | 0.00 | 576.00 | 3,092.00 | 3,092.00 | 6,760.00 |
| COGS - Desserts | 0.00 | 356.00 | 1,493.00 | 1,493.00 | 3,342.00 |
| COGS - N/A Beverages | 0.00 | 716.00 | 1,700.00 | 1,700.00 | 4,116.00 |
| **Total Cost of Food N/A Bev** | 0.00 | 4,000.00 | 21,420.00 | 21,420.00 | 46,840.00 |
| **Cost of Beer & Wine** | | | | | |
| COGS - Bottled Beer | 0.00 | 213.00 | 569.00 | 569.00 | 1,351.00 |
| COGS - Draft Beer | 0.00 | 1,568.00 | 4,392.00 | 4,392.00 | 10,352.00 |
| COGS - Wine | 0.00 | 256.00 | 579.00 | 579.00 | 1,414.00 |
| COGS - Liquor | 0.00 | 853.00 | 2,487.00 | 2,487.00 | 5,827.00 |
| **Total Cost of Beer & Wine** | 0.00 | 2,890.00 | 8,027.00 | 8,027.00 | 18,944.00 |
| **Cost of Venue Rental** | | | | | |
| VR Commission | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Celebrity Appearance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Merchandise | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COGS - Smallwares | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Venue Rental** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Cost of Goods Sold** | 0.00 | 6,890.00 | 73,127.00 | 73,127.00 | 153,144.00 |
| **Gross Profit** | 0.00 | (6,890.00) | 180,550.00 | 180,550.00 | 354,210.00 |

**Expenses**

**Payroll**

**Front of House**

| | | | | | |
|---|---|---|---|---|---|
| Server/Waiter | 0.00 | 0.00 | 8,619.00 | 8,619.00 | 17,238.00 |
| Bar | 0.00 | 0.00 | 2,763.00 | 2,763.00 | 5,526.00 |
| Runner | 0.00 | 0.00 | 4,733.00 | 4,733.00 | 9,466.00 |
| Trainee | 0.00 | 0.00 | 876.00 | 876.00 | 1,752.00 |
| Floor Support | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Private Party Server | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Labor Service Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Front of House | 0.00 | 0.00 | 16,991.00 | 16,991.00 | 33,982.00 |

**Back of House**

**BOH**

| | | | | | |
|---|---|---|---|---|---|
| Kitchen | 0.00 | 0.00 | 15,848.00 | 15,848.00 | 31,696.00 |
| Expo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Back of House | 0.00 | 0.00 | 15,848.00 | 15,848.00 | 31,696.00 |

**Manager Expenses**

| | | | | | |
|---|---|---|---|---|---|
| Manager | 7,799.09 | 9,895.89 | 7,461.00 | 7,461.00 | 32,616.98 |
| Manager Hourly | 0.00 | 0.00 | 1,846.00 | 1,846.00 | 3,692.00 |
| PCE | 0.00 | 0.00 | 1,154.00 | 1,154.00 | 2,308.00 |
| Programming | 0.00 | 0.00 | 1,688.00 | 1,688.00 | 3,376.00 |
| Salary Allocations | 0.00 | 0.00 | 2,154.00 | 2,154.00 | 4,308.00 |
| Manager Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Manager | 7,799.09 | 9,895.89 | 14,303.00 | 14,303.00 | 46,300.98 |

**Box Office Labor**

| | | | | | |
|---|---|---|---|---|---|
| Tickets | 0.00 | 0.00 | 2,508.00 | 2,508.00 | 5,016.00 |
| Projection | 0.00 | 0.00 | 1,154.00 | 1,154.00 | 2,308.00 |
| Total Box Office Labor | 0.00 | 0.00 | 3,662.00 | 3,662.00 | 7,324.00 |

**Other Labor**

| | | | | | |
|---|---|---|---|---|---|
| Maintenance | 0.00 | 0.00 | 922.00 | 922.00 | 1,844.00 |
| Meeting | 0.00 | 0.00 | 62.00 | 62.00 | 124.00 |
| Total Other Labor | 0.00 | 0.00 | 984.00 | 984.00 | 1,968.00 |

**Employee Related**

| | | | | | |
|---|---|---|---|---|---|
| FUTA | 0.00 | 0.00 | 427.00 | 427.00 | 854.00 |
| Medicare-Matching | 128.68 | 163.28 | 1,176.00 | 1,176.00 | 2,643.97 |
| Social Security- Matching | 483.54 | 613.55 | 5,030.00 | 5,030.00 | 11,157.09 |
| SUI | 0.00 | 0.00 | 1,079.00 | 1,079.00 | 2,158.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Processing Fees | 100.00 | 100.00 | 2,762.00 | 2,762.00 | 5,724.00 |
| Recruiting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Employee Related | 712.23 | 876.83 | 10,474.00 | 10,474.00 | 22,537.06 |
| Total Payroll | 8,511.32 | 10,772.72 | 62,262.00 | 62,262.00 | 143,808.04 |

**Promotional**

Alamo Chandler LLC
60 day Projection

| Promotional | | | | | |
|---|---|---|---|---|---|
| Advertising | 0.00 | 0.00 | 1,235.00 | 1,659.00 | 2,894.00 |
| Adv. Creative Dept Billing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Advertising - Local | 0.00 | 0.00 | 2,000.00 | 2,000.00 | 4,000.00 |
| Marketing | 0.00 | 1,000.00 | 1,922.00 | 1,538.00 | 4,460.00 |
| Special Events | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Charitable Contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Promotional** | 0.00 | 1,000.00 | 5,157.00 | 5,197.00 | 11,354.00 |
| **Insurance** | | | | | |
| Commercial | 4,790.00 | 4,790.00 | 3,370.00 | 3,370.00 | 16,320.00 |
| Health | 645.00 | 645.00 | 1,999.00 | 1,999.00 | 5,288.00 |
| Life Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Workers Compensation | 0.00 | 0.00 | 1,862.00 | 1,862.00 | 3,724.00 |
| **Total Insurance** | 5,435.00 | 5,435.00 | 7,231.00 | 7,231.00 | 25,332.00 |
| **Utilities** | | | | | |
| Cable | 470.00 | 470.00 | 941.00 | 470.00 | 2,351.00 |
| Electric | 8,304.00 | 8,304.00 | 15,641.00 | 14,560.00 | 46,809.00 |
| Gas | 990.00 | 990.00 | 1,020.00 | 994.00 | 3,994.00 |
| Water | 236.00 | 236.00 | 277.00 | 247.00 | 996.00 |
| **Total Utilites** | 10,000.00 | 10,000.00 | 17,879.00 | 16,271.00 | 54,150.00 |
| **Repair & Maintenance** | | | | | |
| Disposal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equipment Repairs | 0.00 | 0.00 | 234.00 | 296.00 | 530.00 |
| Kitchen Equipment Repair | 0.00 | 0.00 | 2,684.00 | 1,156.00 | 3,840.00 |
| Projection  Repair | 0.00 | 0.00 | 1,321.00 | 1,321.00 | 2,642.00 |
| Preventative Maintenance | 0.00 | 0.00 | 2,864.00 | 3,738.00 | 6,602.00 |
| Fixed Rental | 0.00 | 0.00 | 777.00 | 1,018.00 | 1,795.00 |
| Janitorial | 5,000.00 | 3,500.00 | 8,208.00 | 6,000.00 | 22,708.00 |
| Pest Control | 0.00 | 0.00 | 300.00 | 0.00 | 300.00 |
| Trash Removal | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Smallwares | 0.00 | 0.00 | 368.00 | 489.00 | 857.00 |
| Projection Supplies | 0.00 | 0.00 | 5,811.00 | 5,811.00 | 11,622.00 |
| Film Supplies | 0.00 | 0.00 | 34.00 | 47.00 | 81.00 |
| **Total Repair & Maintenance** | 5,000.00 | 3,500.00 | 22,601.00 | 19,876.00 | 50,977.00 |

# Alamo Chandler LLC
## 60 day Projection

### Office & General Administrative Expense
**Facility Expense**

| | | | | | |
|---|---|---|---|---|---|
| Rent or Lease | 40,317.41 | 0.00 | 16,613.00 | 21,901.00 | 78,831.41 |
| Security | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Storage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Telephone | 0.00 | 0.00 | 940.00 | 940.00 | 1,880.00 |
| Property Tax | 0.00 | 0.00 | 1,161.00 | 1,161.00 | 2,322.00 |
| Other Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Armored Car Service | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quality Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Printing | 0.00 | 0.00 | 62.00 | 83.00 | 145.00 |
| Total Facility Expense | 40,317.41 | 0.00 | 18,776.00 | 24,085.00 | 83,178.41 |

**Office Expense**

| | | | | | |
|---|---|---|---|---|---|
| Merchant Service Fees | 0.00 | 0.00 | 5,431.00 | 7,021.00 | 12,452.00 |
| Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Delivery | 0.00 | 0.00 | 17.00 | 22.00 | 39.00 |
| Dues & Subscriptions | 0.00 | 0.00 | 7.00 | 10.00 | 17.00 |
| Professional Fees | 0.00 | 0.00 | 235.00 | 305.00 | 540.00 |
| Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Film Booking Fee | 0.00 | 0.00 | 547.00 | 708.00 | 1,255.00 |
| Licenses & Permits | 0.00 | 0.00 | 165.00 | 221.00 | 386.00 |
| Supplies | 0.00 | 0.00 | 78.00 | 105.00 | 183.00 |
| Travel | 0.00 | 0.00 | 178.00 | 227.00 | 405.00 |
| Entertainment | 0.00 | 0.00 | 3.00 | 4.00 | 7.00 |
| Staff Benefits | 0.00 | 0.00 | 204.00 | 271.00 | 475.00 |
| Uniform | 0.00 | 0.00 | 106.00 | 142.00 | 248.00 |
| Total Office Expense | 0.00 | 0.00 | 6,971.00 | 9,036.00 | 16,007.00 |

**Other Expenses**

| | | | | | |
|---|---|---|---|---|---|
| Royalty Fees | 0.00 | 0.00 | 3,323.00 | 4,380.00 | 7,703.00 |
| Internet Fees | 0.00 | 0.00 | 5,266.00 | 6,971.00 | 12,237.00 |
| Management Fees | 0.00 | 0.00 | 2,492.00 | 3,285.00 | 5,777.00 |
| Total Other Expenses | 0.00 | 0.00 | 11,081.00 | 14,636.00 | 25,717.00 |
| Total EBIDTA Expenses | 69,263.72 | 30,707.72 | 151,958.00 | 158,594.00 | 410,523.44 |
| Net EBIDTA | ($ 69,263.72) | ($ 37,597.72) | $ 28,592.00 | $ 21,956.00 | ($ 56,313.44) |
| | | | | | |
| Depreciation | 0.00 | 0.00 | 18,752.00 | 18,752.00 | 37,504.00 |
| Interest Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Other Expenses | 0.00 | 0.00 | 18,752.00 | 18,752.00 | 37,504.00 |
| | | | | | |
| Net Income | ($ 69,263.72) | ($ 37,597.72) | $ 9,840.00 | $ 3,204.00 | ($ 93,817.44) |

# EXHIBIT B

Alamo Gilbert LLC<br>60 day Projection

| | Projection 05/15/20 - 06/14/20 | Projection 06/15/20 - 07/02/20 | Projection 07/03/20- 8/6/20 | Projection 8/7/20- 9/4/20 | Total |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| **Box Office Receipts** | | | **P7** | **P8** | |
| Box Office Receipts | | | | | |
| Retail Ticket Sales | $ - | $ - | $ 34,132.00 | $ 34,132.00 | $ 68,264.00 |
| Internet Ticket Sales | 0.00 | 0.00 | 53,131.00 | 53,131.00 | 106,262.00 |
| Fandango Ticket Sales | 0.00 | 0.00 | 8,327.00 | 8,327.00 | 16,654.00 |
| Iphone Sales | 0.00 | 0.00 | 11,063.00 | 11,063.00 | 22,126.00 |
| Talent Fee Sales | 0.00 | 0.00 | 169.00 | 169.00 | 338.00 |
| Internet Fee Sales | 0.00 | 0.00 | 9,355.00 | 9,355.00 | 18,710.00 |
| Total Box Office Receipts | 0.00 | 0.00 | 116,177.00 | 116,177.00 | 232,354.00 |
| **Venue Rental & Other Income** | | | | | |
| Venue Rental Sales | 0.00 | 0.00 | 0.00 | 0.00 | - |
| Special Event Sales | 0.00 | 0.00 | 0.00 | 0.00 | - |
| Gift Card Discount Revenue | 0.00 | 0.00 | 0.00 | 0.00 | - |
| Total Venue Rental & Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gross Ticket & Venue Rental | 0.00 | 0.00 | 116,177.00 | 116,177.00 | 232,354.00 |
| **Food and N/A Beverage Sales** | | | | | |
| Food Sales | 0.00 | 0.00 | 108,541.00 | 108,541.00 | 217,082.00 |
| NA Beverage Sales | 0.00 | 0.00 | 17,206.00 | 17,206.00 | 34,412.00 |
| Dessert Sales | 0.00 | 0.00 | 8,527.00 | 8,527.00 | 17,054.00 |
| Retail Sales | 0.00 | 0.00 | 429.00 | 429.00 | 858.00 |
| Total Food & N/A Beverage Sales | 0.00 | 0.00 | 134,703.00 | 134,703.00 | 269,406.00 |
| **Beer & Wine Sales** | | | | | |
| Bottled Beer Sales | 0.00 | 0.00 | 3,694.00 | 3,694.00 | 7,388.00 |
| Draft Beer Sales | 0.00 | 0.00 | 29,571.00 | 29,571.00 | 59,142.00 |
| Wine Sales | 0.00 | 0.00 | 6,716.00 | 6,716.00 | 13,432.00 |
| Liquor Sales | 0.00 | 0.00 | 23,140.00 | 23,140.00 | 46,280.00 |
| Total Beer and Wine Sales | 0.00 | 0.00 | 63,121.00 | 63,121.00 | 126,242.00 |
| Gross Food & Ale Sales | 0.00 | 0.00 | 197,824.00 | 197,824.00 | 395,648.00 |
| Food Comps | 0.00 | 0.00 | (11,210.00) | (11,210.00) | (22,420.00) |
| Alc Comps | 0.00 | 0.00 | (1,913.00) | (1,913.00) | (3,826.00) |
| Total Comps | 0.00 | 0.00 | (13,123.00) | (13,123.00) | (26,246.00) |
| Net Sales | 0.00 | 0.00 | 300,878.00 | 300,878.00 | 601,756.00 |
| **Cost of Sales** | | | | | |
| **Cost of Box Office** | | | | | |
| Film Rental | 0.00 | 0.00 | 53,194.00 | 53,194.00 | 106,388.00 |
| Film Shipping | 0.00 | 0.00 | 173.00 | 173.00 | 346.00 |
| Box Office Split | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Access Digital Cinema | 0.00 | 0.00 | 352.00 | 352.00 | 704.00 |
| Projector Usage Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Special Event Supplies | 0.00 | 0.00 | 2,716.00 | 2,716.00 | 5,432.00 |
| Creative Department Billing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cost of Box Office | 0.00 | 0.00 | 56,435.00 | 56,435.00 | 112,870.00 |
| **Cost of Food N/A Bev** | | | | | |
| COGS - Dairy | 0.00 | 732.00 | 3,772.00 | 3,772.00 | 8,276.00 |
| COGS - Meats | 0.00 | 712.00 | 2,155.00 | 2,155.00 | 5,022.00 |
| COGS - Seafood | 0.00 | 92.00 | 674.00 | 674.00 | 1,440.00 |
| COGS - Poultry | 0.00 | 312.00 | 2,829.00 | 2,829.00 | 5,970.00 |
| COGS - Produce | 0.00 | 216.00 | 1,886.00 | 1,886.00 | 3,988.00 |
| COGS - Bakery | 0.00 | 184.00 | 1,751.00 | 1,751.00 | 3,686.00 |
| COGS - Grocery | 0.00 | 104.00 | 7,409.00 | 7,409.00 | 14,922.00 |
| COGS - Paper | 0.00 | 576.00 | 3,368.00 | 3,368.00 | 7,312.00 |
| COGS - Desserts | 0.00 | 356.00 | 2,155.00 | 2,155.00 | 4,666.00 |
| COGS - N/A Beverages | 0.00 | 716.00 | 2,290.00 | 2,290.00 | 5,296.00 |
| Total Cost of Food N/A Bev | 0.00 | 4,000.00 | 28,289.00 | 28,289.00 | 60,578.00 |
| **Cost of Beer & Wine** | | | | | |
| COGS - Bottled Beer | 0.00 | 213.00 | 776.00 | 776.00 | 1,765.00 |
| COGS - Draft Beer | 0.00 | 1,568.00 | 5,084.00 | 5,084.00 | 11,736.00 |
| COGS - Wine | 0.00 | 256.00 | 2,015.00 | 2,015.00 | 4,286.00 |
| COGS - Liquor | 0.00 | 853.00 | 2,258.00 | 2,258.00 | 5,369.00 |
| Total Cost of Beer & Wine | 0.00 | 2,890.00 | 10,133.00 | 10,133.00 | 23,156.00 |
| **Cost of Venue Rental** | | | | | |
| VR Commission | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Celebrity Appearance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Merchandise | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COGS - Smallwares | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cost of Venue Rental | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cost of Goods Sold | 0.00 | 6,890.00 | 94,857.00 | 94,857.00 | 196,604.00 |
| Gross Profit | 0.00 | (6,890.00) | 206,021.00 | 206,021.00 | 405,152.00 |
| **Expenses** | | | | | |
| **Payroll** | | | | | |
| **Front of House** | | | | | |
| Server/Waiter | 0.00 | 0.00 | 8,056.00 | 8,056.00 | 16,112.00 |
| Bar | 0.00 | 0.00 | 5,967.00 | 5,967.00 | 11,934.00 |
| Runner | 0.00 | 0.00 | 4,642.00 | 4,642.00 | 9,284.00 |
| Trainer | 0.00 | 0.00 | 527.00 | 527.00 | 1,054.00 |
| Trainee | 0.00 | 0.00 | 895.00 | 895.00 | 1,790.00 |
| Private Party Server | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Labor Service Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Front of House | 0.00 | 0.00 | 20,087.00 | 20,087.00 | 40,174.00 |
| **Back of House** | | | | | |
| **BOH** | | | | | |
| Kitchen | 0.00 | 0.00 | 18,795.00 | 18,795.00 | 37,590.00 |
| Expo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Total Back of House | 0.00 | 0.00 | 18,795.00 | 18,795.00 | 37,590.00 |
| **Manager Expenses** | | | | | |
| Manager | 7,799.09 | 9,895.89 | 7,230.00 | 7,230.00 | 32,154.98 |
| Manager Hourly | 0.00 | 0.00 | 1,846.00 | 1,846.00 | 3,692.00 |
| PCE | 0.00 | 0.00 | 2,290.00 | 2,290.00 | 4,580.00 |
| Programming | 0.00 | 0.00 | 1,600.00 | 1,600.00 | 3,200.00 |
| Salary Allocations | 0.00 | 0.00 | 2,154.00 | 2,154.00 | 4,308.00 |
| Manager Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Manager | 7,799.09 | 9,895.89 | 15,120.00 | 15,120.00 | 47,934.98 |
| **Box Office Labor** | | | | | |
| Tickets | 0.00 | 0.00 | 1,640.00 | 1,640.00 | 3,280.00 |
| Projection | 0.00 | 0.00 | 1,154.00 | 1,154.00 | 2,308.00 |
| Total Box Office Labor | 0.00 | 0.00 | 2,794.00 | 2,794.00 | 5,588.00 |
| **Other Labor** | | | | | |
| Maintenance | 0.00 | 0.00 | 922.00 | 922.00 | 1,844.00 |
| Meeting | 0.00 | 0.00 | 91.00 | 91.00 | 182.00 |
| Total Other Labor | 0.00 | 0.00 | 1,013.00 | 1,013.00 | 2,026.00 |
| **Employee Related** | | | | | |
| FUTA | 0.00 | 0.00 | 445.00 | 445.00 | 890.00 |
| Medicare-Matching | 128.68 | 163.28 | 1,697.00 | 1,697.00 | 3,685.97 |
| Social Security- Matching | 483.54 | 613.55 | 6,923.00 | 6,923.00 | 14,943.09 |
| SUI | 0.00 | 0.00 | 4,167.00 | 4,167.00 | 8,334.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Processing Fees | 100.00 | 100.00 | 1,025.00 | 1,025.00 | 2,250.00 |
| Recruiting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Employee Related | 712.23 | 876.83 | 14,257.00 | 14,257.00 | 30,103.06 |
| Total Payroll | 8,511.32 | 10,772.72 | 72,066.00 | 72,066.00 | 163,416.04 |
| **Promotional** | | | | | |
| Promotional | | | | | |
| Advertising | 0.00 | 3,333.00 | 2,000.00 | 2,000.00 | 7,333.00 |
| Adv. Creative Dept Billing | 0.00 | 0.00 | 27.00 | 43.00 | 70.00 |
| Advertising - Local | 0.00 | 0.00 | 383.00 | 1,580.00 | 1,963.00 |
| Marketing | 0.00 | 1,000.00 | 2,404.00 | 2,404.00 | 5,808.00 |
| Special Events | 0.00 | 0.00 | 70.00 | 110.00 | 180.00 |
| Charitable Contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Promotional | 0.00 | 4,333.00 | 4,884.00 | 6,137.00 | 15,354.00 |
| **Insurance** | | | | | |
| Commercial | 4,790.00 | 4,790.00 | 5,051.00 | 5,051.00 | 19,682.00 |
| Health | 645.00 | 645.00 | 1,622.00 | 1,622.00 | 4,534.00 |
| Life Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Workers Compensation | 0.00 | 0.00 | 2,375.00 | 2,375.00 | 4,750.00 |
| Total Insurance | 5,435.00 | 5,435.00 | 9,048.00 | 9,048.00 | 28,966.00 |
| **Utilities** | | | | | |
| Cable | 470.00 | 470.00 | 262.00 | 76.00 | 1,278.00 |
| Electric | 8,304.00 | 8,304.00 | 10,894.00 | 10,315.00 | 37,817.00 |
| Gas | 990.00 | 990.00 | 736.00 | 1,060.00 | 3,776.00 |

Alamo Gilbert LLC
60 day Projection

| | | | | | |
|---|---|---|---|---|---|
| Water | 236.00 | 236.00 | 1,604.00 | 2,511.00 | 4,587.00 |
| Total Utilites | 10,000.00 | 10,000.00 | 13,496.00 | 13,962.00 | 47,458.00 |
| **Repair & Maintenance** | | | | | |
| Disposal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equipment Repairs | 0.00 | 0.00 | 2,237.00 | 3,240.00 | 5,477.00 |
| Kitchen Equipment Repair | 0.00 | 0.00 | 1,314.00 | 669.00 | 1,983.00 |
| Projection  Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Preventative Maintenance | 0.00 | 0.00 | 1,356.00 | 2,013.00 | 3,369.00 |
| Fixed Rental | 0.00 | 0.00 | 1,202.00 | 1,843.00 | 3,045.00 |
| Janitorial | 5,000.00 | 3,500.00 | 2,656.00 | 4,157.00 | 15,313.00 |
| Pest Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Trash Removal | 0.00 | 0.00 | 144.00 | 221.00 | 365.00 |
| Smallwares | 0.00 | 0.00 | 159.00 | 239.00 | 398.00 |
| Projection Supplies | 0.00 | 0.00 | 1,500.00 | 879.00 | 2,379.00 |
| Film Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Repair & Maintenance | 5,000.00 | 3,500.00 | 10,568.00 | 13,261.00 | 32,329.00 |
| **Office & General Administrative Expense** | | | | | |
| **Facility Expense** | | | | | |
| Rent or Lease | 30,072.58 | 0.00 | 19,857.00 | 29,835.00 | 79,764.58 |
| Security | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Storage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Telephone | 0.00 | 0.00 | 1,600.00 | 1,600.00 | 3,200.00 |
| Property Tax | 0.00 | 0.00 | 14,748.00 | 14,748.00 | 29,496.00 |
| Other Taxes | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Armored Car Service | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quality Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Printing | 0.00 | 0.00 | 154.00 | 236.00 | 390.00 |
| Total Facility Expense | 30,072.58 | 0.00 | 36,359.00 | 46,419.00 | 112,850.58 |
| **Office Expense** | | | | | |
| Merchant Service Fees | 0.00 | 0.00 | 7,000.00 | 10,296.00 | 17,296.00 |
| Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Charges | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Delivery | 0.00 | 0.00 | 17.00 | 26.00 | 43.00 |
| Dues & Subscriptions | 0.00 | 0.00 | 417.00 | 417.00 | 834.00 |
| Professional Fees | 0.00 | 0.00 | 267.00 | 400.00 | 667.00 |
| Equipment | 0.00 | 0.00 | 10.00 | 15.00 | 25.00 |
| Film Booking Fee | 0.00 | 0.00 | 256.00 | 368.00 | 624.00 |
| Licenses & Permits | 0.00 | 0.00 | 22.00 | 31.00 | 53.00 |
| Supplies | 0.00 | 0.00 | 3.00 | 4.00 | 7.00 |
| Travel | 0.00 | 0.00 | 165.00 | 238.00 | 403.00 |
| Entertainment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Staff Benefits | 0.00 | 0.00 | 94.00 | 135.00 | 229.00 |
| Uniform | 0.00 | 0.00 | 65.00 | 101.00 | 166.00 |
| Total Office Expense | 0.00 | 0.00 | 8,316.00 | 12,031.00 | 20,347.00 |
| **Other Expenses** | | | | | |
| Royalty Fees | 0.00 | 0.00 | 3,971.00 | 5,967.00 | 9,938.00 |
| Internet Fees | 0.00 | 0.00 | 6,507.00 | 9,788.00 | 16,295.00 |
| Management Fees | 0.00 | 0.00 | 5,957.00 | 8,951.00 | 14,908.00 |

| | | | | | |
|---|---|---|---|---|---|
| Total Other Expenses | | 0.00 | 0.00 | 16,435.00 | 24,706.00 | 41,141.00 |
| Total EBIDTA Expenses | | 59,018.90 | 34,040.72 | 171,172.00 | 197,630.00 | 461,861.62 |
| Net EBIDTA | ($ | 59,018.90) ($ | 40,930.72) $ | 34,849.00 $ | 8,391.00 ($ | 56,709.62) |
| | | | | | | |
| Depreciation | | 0.00 | 0.00 | 7,750.00 | 7,750.00 | 15,500.00 |
| Interest Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Other Expenses | | 0.00 | 0.00 | 7,750.00 | 7,750.00 | 15,500.00 |
| | | | | | | |
| Net Income | ($ | 59,018.90) ($ | 40,930.72) $ | 27,099.00 $ | 641.00 ($ | 72,209.62) |

**Ops**      360,000.00

**Tax**      21,897.26

# EXHIBIT C

Alamo Tempe LLC
60 day Projection

| | Projection 05/15/20 - 06/14/20 | Projection 06/15/20 - 07/02/20 | Projection 07/03/20- 8/6/20 | Projection 8/7/20- 9/4/20 | Total |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| **Box Office Receipts** | | | | | |
| Box Office Receipts | | | **P7** | **P8** | |
| Retail Ticket Sales | $ - | $ - | $ 34,132.00 | $ 34,132.00 | $ 68,264.00 |
| Internet Ticket Sales | 0.00 | 0.00 | 53,131.00 | 53,131.00 | 106,262.00 |
| Fandango Ticket Sales | 0.00 | 0.00 | 8,327.00 | 8,327.00 | 16,654.00 |
| Iphone Sales | 0.00 | 0.00 | 11,063.00 | 11,063.00 | 22,126.00 |
| Talent Fee Sales | 0.00 | 0.00 | 169.00 | 169.00 | 338.00 |
| Internet Fee Sales | 0.00 | 0.00 | 9,355.00 | 9,355.00 | 18,710.00 |
| Total Box Office Receipts | 0.00 | 0.00 | 116,177.00 | 116,177.00 | 232,354.00 |
| **Venue Rental & Other Income** | | | | | |
| Venue Rental Sales | 0.00 | 0.00 | 0.00 | 0.00 | - |
| Special Event Sales | 0.00 | 0.00 | 0.00 | 0.00 | - |
| Gift Card Discount Revenue | 0.00 | 0.00 | 0.00 | 0.00 | - |
| Total Venue Rental & Other Income | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gross Ticket & Venue Rental | 0.00 | 0.00 | 116,177.00 | 116,177.00 | 232,354.00 |
| **Food and N/A Beverage Sales** | | | | | |
| Food Sales | 0.00 | 0.00 | 108,541.00 | 108,541.00 | 217,082.00 |
| NA Beverage Sales | 0.00 | 0.00 | 17,206.00 | 17,206.00 | 34,412.00 |
| Dessert Sales | 0.00 | 0.00 | 8,527.00 | 8,527.00 | 17,054.00 |
| Retail Sales | 0.00 | 0.00 | 429.00 | 429.00 | 858.00 |
| Total Food & N/A Beverage Sales | 0.00 | 0.00 | 134,703.00 | 134,703.00 | 269,406.00 |
| **Beer & Wine Sales** | | | | | |
| Bottled Beer Sales | 0.00 | 0.00 | 3,694.00 | 3,694.00 | 7,388.00 |
| Draft Beer Sales | 0.00 | 0.00 | 29,571.00 | 29,571.00 | 59,142.00 |
| Wine Sales | 0.00 | 0.00 | 6,716.00 | 6,716.00 | 13,432.00 |
| Liquor Sales | 0.00 | 0.00 | 23,140.00 | 23,140.00 | 46,280.00 |
| Total Beer and Wine Sales | 0.00 | 0.00 | 63,121.00 | 63,121.00 | 126,242.00 |
| Gross Food & Ale Sales | 0.00 | 0.00 | 197,824.00 | 197,824.00 | 395,648.00 |
| Food Comps | 0.00 | 0.00 | (11,210.00) | (11,210.00) | (22,420.00) |
| Alc Comps | 0.00 | 0.00 | (1,913.00) | (1,913.00) | (3,826.00) |
| Total Comps | 0.00 | 0.00 | (13,123.00) | (13,123.00) | (26,246.00) |
| Net Sales | 0.00 | 0.00 | 300,878.00 | 300,878.00 | 601,756.00 |
| **Cost of Sales** | | | | | |
| **Cost of Box Office** | | | | | |
| Film Rental | 0.00 | 0.00 | 53,194.00 | 53,194.00 | 106,388.00 |
| Film Shipping | 0.00 | 0.00 | 173.00 | 173.00 | 346.00 |
| Box Office Split | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Access Digital Cinema | 0.00 | 0.00 | 352.00 | 352.00 | 704.00 |
| Projector Usage Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Special Event Supplies | 0.00 | 0.00 | 2,716.00 | 2,716.00 | 5,432.00 |
| Creative Department Billing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cost of Box Office | 0.00 | 0.00 | 56,435.00 | 56,435.00 | 112,870.00 |
| **Cost of Food N/A Bev** | | | | | |
| COGS - Dairy | 0.00 | 732.00 | 3,772.00 | 3,772.00 | 8,276.00 |
| COGS - Meats | 0.00 | 712.00 | 2,155.00 | 2,155.00 | 5,022.00 |

| | | | | |
|---|---|---|---|---|
| COGS - Seafood | 0.00 | 92.00 | 674.00 | 674.00 | 1,440.00 |
| COGS - Poultry | 0.00 | 312.00 | 2,829.00 | 2,829.00 | 5,970.00 |
| COGS - Produce | 0.00 | 216.00 | 1,886.00 | 1,886.00 | 3,988.00 |
| COGS - Bakery | 0.00 | 184.00 | 1,751.00 | 1,751.00 | 3,686.00 |
| COGS - Grocery | 0.00 | 104.00 | 7,409.00 | 7,409.00 | 14,922.00 |
| COGS - Paper | 0.00 | 576.00 | 3,368.00 | 3,368.00 | 7,312.00 |
| COGS - Desserts | 0.00 | 356.00 | 2,155.00 | 2,155.00 | 4,666.00 |
| COGS - N/A Beverages | 0.00 | 716.00 | 2,290.00 | 2,290.00 | 5,296.00 |
| Total Cost of Food N/A Bev | 0.00 | 4,000.00 | 28,289.00 | 28,289.00 | 60,578.00 |
| **Cost of Beer & Wine** | | | | | |
| COGS - Bottled Beer | 0.00 | 213.00 | 776.00 | 776.00 | 1,765.00 |
| COGS - Draft Beer | 0.00 | 1,568.00 | 5,084.00 | 5,084.00 | 11,736.00 |
| COGS - Wine | 0.00 | 256.00 | 2,015.00 | 2,015.00 | 4,286.00 |
| COGS - Liquor | 0.00 | 853.00 | 2,258.00 | 2,258.00 | 5,369.00 |
| Total Cost of Beer & Wine | 0.00 | 2,890.00 | 10,133.00 | 10,133.00 | 23,156.00 |
| **Cost of Venue Rental** | | | | | |
| VR Commission | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Celebrity Appearance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Merchandise | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COGS - Smallwares | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cost of Venue Rental | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cost of Goods Sold | 0.00 | 6,890.00 | 94,857.00 | 94,857.00 | 196,604.00 |
| Gross Profit | 0.00 | (6,890.00) | 206,021.00 | 206,021.00 | 405,152.00 |
| **Expenses** | | | | | |
| **Payroll** | | | | | |
| **Front of House** | | | | | |
| Server/Waiter | 0.00 | 0.00 | 8,056.00 | 8,056.00 | 16,112.00 |
| Bar | 0.00 | 0.00 | 5,967.00 | 5,967.00 | 11,934.00 |
| Runner | 0.00 | 0.00 | 4,642.00 | 4,642.00 | 9,284.00 |
| Trainer | 0.00 | 0.00 | 527.00 | 527.00 | 1,054.00 |
| Trainee | 0.00 | 0.00 | 895.00 | 895.00 | 1,790.00 |
| Private Party Server | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Labor Service Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Front of House | 0.00 | 0.00 | 20,087.00 | 20,087.00 | 40,174.00 |
| **Back of House** | | | | | |
| BOH | | | | | |
| Kitchen | 0.00 | 0.00 | 18,795.00 | 18,795.00 | 37,590.00 |
| Expo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Back of House | 0.00 | 0.00 | 18,795.00 | 18,795.00 | 37,590.00 |
| **Manager Expenses** | | | | | |
| Manager | 7,799.09 | 9,895.89 | 7,230.00 | 7,230.00 | 32,154.98 |
| Manager Hourly | 0.00 | 0.00 | 1,846.00 | 1,846.00 | 3,692.00 |
| PCE | 0.00 | 0.00 | 2,290.00 | 2,290.00 | 4,580.00 |
| Programming | 0.00 | 0.00 | 1,600.00 | 1,600.00 | 3,200.00 |
| Salary Allocations | 0.00 | 0.00 | 2,154.00 | 2,154.00 | 4,308.00 |
| Manager Bonus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Manager | 7,799.09 | 9,895.89 | 15,120.00 | 15,120.00 | 47,934.98 |
| **Box Office Labor** | | | | | |
| Tickets | 0.00 | 0.00 | 1,640.00 | 1,640.00 | 3,280.00 |
| Projection | 0.00 | 0.00 | 1,154.00 | 1,154.00 | 2,308.00 |
| Total Box Office Labor | 0.00 | 0.00 | 2,794.00 | 2,794.00 | 5,588.00 |
| **Other Labor** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Maintenance | 0.00 | 0.00 | 922.00 | 922.00 | 1,844.00 |
| Meeting | 0.00 | 0.00 | 91.00 | 91.00 | 182.00 |
| | | | | | |
| Total Other Labor | 0.00 | 0.00 | 1,013.00 | 1,013.00 | 2,026.00 |
| **Employee Related** | | | | | |
| FUTA | 0.00 | 0.00 | 445.00 | 445.00 | 890.00 |
| Medicare-Matching | 128.68 | 163.28 | 1,697.00 | 1,697.00 | 3,685.97 |
| Social Security- Matching | 483.54 | 613.55 | 6,923.00 | 6,923.00 | 14,943.09 |
| SUI | 0.00 | 0.00 | 4,167.00 | 4,167.00 | 8,334.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Payroll Processing Fees | 100.00 | 100.00 | 1,025.00 | 1,025.00 | 2,250.00 |
| Recruiting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| Total Employee Related | 712.23 | 876.83 | 14,257.00 | 14,257.00 | 30,103.06 |
| Total Payroll | 8,511.32 | 10,772.72 | 72,066.00 | 72,066.00 | 163,416.04 |
| **Promotional** | | | | | |
| Promotional | | | | | |
| Advertising | 0.00 | 3,333.00 | 2,000.00 | 2,000.00 | 7,333.00 |
| Adv. Creative Dept Billing | 0.00 | 0.00 | 27.00 | 43.00 | 70.00 |
| Advertising - Local | 0.00 | 0.00 | 383.00 | 1,580.00 | 1,963.00 |
| Marketing | 0.00 | 1,000.00 | 2,404.00 | 2,404.00 | 5,808.00 |
| Special Events | 0.00 | 0.00 | 70.00 | 110.00 | 180.00 |
| Charitable Contributions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| Total Promotional | 0.00 | 4,333.00 | 4,884.00 | 6,137.00 | 15,354.00 |
| **Insurance** | | | | | |
| Commercial | 4,790.00 | 4,790.00 | 5,051.00 | 5,051.00 | 19,682.00 |
| Health | 645.00 | 645.00 | 1,622.00 | 1,622.00 | 4,534.00 |
| Life Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Workers Compensation | 0.00 | 0.00 | 2,375.00 | 2,375.00 | 4,750.00 |
| | | | | | |
| Total Insurance | 5,435.00 | 5,435.00 | 9,048.00 | 9,048.00 | 28,966.00 |
| **Utilities** | | | | | |
| Cable | 470.00 | 470.00 | 262.00 | 76.00 | 1,278.00 |
| Electric | 8,304.00 | 8,304.00 | 10,894.00 | 10,315.00 | 37,817.00 |
| Gas | 990.00 | 990.00 | 736.00 | 1,060.00 | 3,776.00 |
| Water | 236.00 | 236.00 | 1,604.00 | 2,511.00 | 4,587.00 |
| | | | | | |
| Total Utilites | 10,000.00 | 10,000.00 | 13,496.00 | 13,962.00 | 47,458.00 |
| **Repair & Maintenance** | | | | | |
| Disposal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Equipment Repairs | 0.00 | 0.00 | 2,237.00 | 3,240.00 | 5,477.00 |
| Kitchen Equipment Repair | 0.00 | 0.00 | 1,314.00 | 669.00 | 1,983.00 |
| Projection  Repair | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Preventative Maintenance | 0.00 | 0.00 | 1,356.00 | 2,013.00 | 3,369.00 |
| Fixed Rental | 0.00 | 0.00 | 1,202.00 | 1,843.00 | 3,045.00 |
| Janitorial | 5,000.00 | 3,500.00 | 2,656.00 | 4,157.00 | 15,313.00 |
| Pest Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Trash Removal | 0.00 | 0.00 | 144.00 | 221.00 | 365.00 |
| Smallwares | 0.00 | 0.00 | 159.00 | 239.00 | 398.00 |
| Projection Supplies | 0.00 | 0.00 | 1,500.00 | 879.00 | 2,379.00 |
| Film Supplies | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| Total Repair & Maintenance | 5,000.00 | 3,500.00 | 10,568.00 | 13,261.00 | 32,329.00 |
| **Office & General Administrative Expense** | | | | | |
| **Facility Expense** | | | | | |
| Rent or Lease | 49,505.43 | 0.00 | 19,857.00 | 29,835.00 | 99,197.43 |
| Security | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Storage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Telephone | 0.00 | 0.00 | 1,600.00 | 1,600.00 | 3,200.00 |

| | | | | | |
|---|---|---|---|---|---|
| Property Tax | | 0.00 | 0.00 | 14,748.00 | 14,748.00 | 29,496.00 |
| Other Taxes | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Armored Car Service | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Quality Control | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Printing | | 0.00 | 0.00 | 154.00 | 236.00 | 390.00 |
| Total Facility Expense | | 49,505.43 | 0.00 | 36,359.00 | 46,419.00 | 132,283.43 |
| **Office Expense** | | | | | | |
| Merchant Service Fees | | 0.00 | 0.00 | 7,000.00 | 10,296.00 | 17,296.00 |
| Office Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Bank Charges | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Delivery | | 0.00 | 0.00 | 17.00 | 26.00 | 43.00 |
| Dues & Subscriptions | | 0.00 | 0.00 | 417.00 | 417.00 | 834.00 |
| Professional Fees | | 0.00 | 0.00 | 267.00 | 400.00 | 667.00 |
| Equipment | | 0.00 | 0.00 | 10.00 | 15.00 | 25.00 |
| Film Booking Fee | | 0.00 | 0.00 | 256.00 | 368.00 | 624.00 |
| Licenses & Permits | | 0.00 | 0.00 | 22.00 | 31.00 | 53.00 |
| Supplies | | 0.00 | 0.00 | 3.00 | 4.00 | 7.00 |
| Travel | | 0.00 | 0.00 | 165.00 | 238.00 | 403.00 |
| Entertainment | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Staff Benefits | | 0.00 | 0.00 | 91.00 | 135.00 | 226.00 |
| Uniform | | 0.00 | 0.00 | 65.00 | 101.00 | 166.00 |
| Total Office Expense | | 0.00 | 0.00 | 8,313.00 | 12,031.00 | 20,344.00 |
| **Other Expenses** | | | | | | |
| Royalty Fees | | 0.00 | 0.00 | 3,971.00 | 5,967.00 | 9,938.00 |
| Internet Fees | | 0.00 | 0.00 | 6,507.00 | 9,788.00 | 16,295.00 |
| Management Fees | | 0.00 | 0.00 | 5,957.00 | 8,951.00 | 14,908.00 |
| Total Other Expenses | | 0.00 | 0.00 | 16,435.00 | 24,706.00 | 41,141.00 |
| Total EBIDTA Expenses | | 78,451.75 | 34,040.72 | 171,169.00 | 197,630.00 | 481,291.47 |
| Net EBIDTA | ($ | 78,451.75) ($ | 40,930.72) $ | 34,852.00 $ | 8,391.00 ($ | 76,139.47) |
| Depreciation | | 0.00 | 0.00 | 7,750.00 | 7,750.00 | 15,500.00 |
| Interest Expense | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Other Expenses | | 0.00 | 0.00 | 7,750.00 | 7,750.00 | 15,500.00 |
| Net Income | ($ | 78,451.75) ($ | 40,930.72) $ | 27,102.00 $ | 641.00 ($ | 91,639.47) |

| | | |
|---|---|---|
| **Ops** | | **315,000.00** |
| **Tax** | | **25,881.64** |
| **Payroll** | **$** | **245,999.25** |
| **Total** | **$** | **586,880.89** |