**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>ALAMO CHANDLER, LLC,<br><br>ALAMO GILBERT, LLC,<br><br>ALAMO TEMPE, LLC,<br><br>   Debtors. | Case No. 2:20-bk-05017-DPC<br><br>Joint Administration Pending With Cases No. 2:20-bk-05020-DPC<br>       2:20-bk-05026-DPC<br><br>Chapter 11 Proceedings |
| THIS FILING APPLIES TO:<br>   ___ All Debtors<br>   ___ Alamo Chandler, LLC<br>   _X_ Alamo Gilbert, LLC<br>   ___ Alamo Tempe, LLC | **THIRD STIPULATED INTERIM ORDER AUTHORIZING THE USE OF CASH CLAIMED AS COLLATERAL** |

   This matter having come before the Court upon the *Motion to Authorize the Interim Use of Cash Claimed as Collateral and to Determine that Certain Post Petition Revenues are Not Cash Collateral* (the "Motion," Dkt. # 33) filed by, among others, Alamo Gilbert, LLC (the "Debtor"), and hearings on the Motion having occurred on June 2, 2020 and July 1, 2020 (the "Hearings"), and it appearing that notice of the Motion and Hearings was appropriate under the circumstances and that the relief granted herein is necessary to avoid immediate and irreparable harm to the Debtor's estate, and upon the stipulation of the Debtor and Stearns Bank, N.A. ("Stearns"), as evidenced by the signatures of their

respective counsel below, and with good cause otherwise appearing,

**IT IS HEREBY ORDERED** that the Motion is GRANTED on an interim basis, only insofar as it requests authorization for the Debtor's use of cash that may be asserted to be the collateral of Stearns or any other creditor.

**IT IS FURTHER ORDERED** that, on an interim basis, the Debtor is authorized to use its cash and Income[1] to pay the Expenses in accordance with the Budget attached hereto as Exhibit "A," as augmented by a 10% total variance, through November 5, 2020.

**IT IS FURTHER ORDERED** that, to the extent of the use of their respective cash collateral, as adequate protection of their interests, Stearns and any other creditor concluded to have an interest in cash collateral are granted a replacement lien and security interest in the post-petition assets of the Debtor, to the extent, and in the order and priority, determined by the Bankruptcy Court after further proceedings. Any such post-petition lien or security interest shall be deemed effective and automatically perfected as of the Petition Date without the necessity of Stearns or any other creditor taking any further action. Nothing in this Order shall constitute (i) a determination or stipulation as to whether any of the Debtor's property constitutes any creditor's cash collateral, or (ii) the validity, priority, or extent of any creditor's lien in assets acquired by the Debtor after the Petition Date.

**IT IS FURTHER ORDERED** that this order is without prejudice to (a) the rights of Alamo Drafthouse Cinemas, LLC ("ADC") under the Franchise Agreement between ADC and the Debtor, and applicable law or (b) the rights of Alamo Gilbert Holdings, LLC under its respective lease and applicable law.

**SIGNED AND DATED ABOVE.**

**APPROVED AS TO FORM AND CONTENT**

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

SACKS TIERNEY P.A.

By: /s/ Wesley Ray
 Wesley Ray
 *Attorneys for Debtors*

GOODMAN LAW PLLC

By: */s/ Jeremy Goodman (with permission)*
 Jeremy Goodman
 *Attorneys for Stearns Bank, N.A.*

# EXHIBIT A

# Alamo Drafthouse-Gilbert

| Projections | 4<br>Budget<br>P9 2020<br>9/4/2020-10/1/2020 | 5<br>Budget<br>P10 2019<br>10/2/2020-11/5/2020 |
|---|---:|---:|
| **Revenues** | | |
| **Box Office Receipts** | | |
| Box Office Receipts | | |
| Retail Ticket Sales | $ 37,683.97 | $ 53,233.08 |
| Internet Ticket Sales | $ 64,488.51 | $ 91,187.59 |
| Fandango Ticket Sales | $ 10,053.97 | $ 14,214.31 |
| Iphone Sales | $ 13,067.94 | $ 18,441.82 |
| Season Pass | | |
| Talent Fee Sales | $ 202.02 | $ 281.93 |
| Internet Fee Sales | $ 11,300.41 | $ 15,972.49 |
| | | |
| Total Box Office Receipts | $ 136,796.82 | $ 193,331.23 |
| | | |
| **Venue Rental & Other Income** | | |
| Venue Rental Sales | $ - | $ - |
| Special Event Sales | $ - | $ - |
| Gift Card Discount Revenue | $ - | $ - |
| | | |
| Total Venue Rental & Other Income | $ - | $ - |
| | | |
| Gross Ticket & Venue Rental | $ 136,796.82 | $ 193,331.23 |
| | | |
| **Food and N/A Beverage Sales** | | |
| Food Sales | $ 131,331.40 | $ 185,532.16 |
| NA Beverage Sales | $ 20,796.58 | $ 29,385.43 |
| Dessert Sales | $ 10,284.73 | $ 14,537.43 |
| Retail Sales | $ 517.37 | $ 730.30 |
| | | |
| Total Food & N/A Beverage Sales | $ 162,930.08 | $ 230,185.32 |
| | | |
| **Beer & Wine Sales** | | |
| Bottled Beer Sales | $ 4,459.05 | $ 6,293.69 |
| Draft Beer Sales | $ 35,748.31 | $ 50,479.12 |
| Wine Sales | $ 8,132.86 | $ 11,486.30 |
| Liquor Sales | $ 28,028.02 | $ 39,596.66 |
| | | |
| Total Beer and Wine Sales | $ 76,368.24 | $ 107,855.77 |
| | | |
| Gross Food & Ale Sales | $ 239,298.32 | $ 338,041.09 |
| | | |
| Food Comps | $ (13,574.79) | $ (19,158.94) |

| | | | | |
|---|---|---|---|---|
| Season Pass Comps | | | | |
| Alc Comps | $ | (2,324.96) | $ | (3,282.81) |
| | | | | |
| Total Comps | $ | (15,899.75) | $ | (22,441.76) |
| | | | | |
| Net Sales | $ | 360,716.00 | $ | 509,665.00 |

**Cost of Sales**
**Cost of Box Office**

| | | | | |
|---|---|---|---|---|
| Film Rental | $ | 64,294.51 | $ | 90,865.68 |
| Film Shipping | $ | 206.70 | $ | 289.37 |
| Box Office Split | | | | |
| Access Digital Cinema | $ | 422.45 | $ | 595.01 |
| Projector Usage Fees | $ | - | $ | - |
| Special Event Supplies | $ | 3,283.12 | $ | 4,639.95 |
| Creative Department Billing | $ | - | $ | - |
| | | | | |
| Total Cost of Box Office | $ | 68,206.78 | $ | 96,390.01 |

**Cost of Food N/A Bev**

| | | | | |
|---|---|---|---|---|
| COGS - Dairy | $ | 4,562.04 | $ | 6,445.19 |
| COGS - Meats | $ | 2,606.88 | $ | 3,682.97 |
| COGS - Seafood | $ | 814.65 | $ | 1,150.93 |
| COGS - Poultry | $ | 3,421.53 | $ | 4,833.89 |
| COGS - Produce | $ | 2,281.02 | $ | 3,222.59 |
| COGS - Bakery | $ | 2,118.09 | $ | 2,992.41 |
| COGS - Grocery | $ | 8,961.15 | $ | 12,660.19 |
| COGS - Paper | $ | 4,073.25 | $ | 4,833.89 |
| COGS - Desserts | $ | 2,606.88 | $ | 3,682.97 |
| COGS - N/A Beverages | $ | 2,769.81 | $ | 3,913.15 |
| | | | | |
| Total Cost of Food N/A Bev | $ | 34,215.32 | $ | 47,418.18 |

**Cost of Beer & Wine**

| | | | | |
|---|---|---|---|---|
| COGS - Bottled Beer | $ | 874.02 | $ | 1,233.63 |
| COGS - Draft Beer | $ | 6,105.35 | $ | 8,621.18 |
| COGS - Wine | $ | 1,390.54 | $ | 1,963.91 |
| COGS - Liquor | $ | 2,783.48 | $ | 3,932.38 |
| COGS - Bar Produce | | | | |
| | | | | |
| Total Cost of Beer & Wine | $ | 11,153.40 | $ | 15,751.09 |

**Cost of Venue Rental**

| | | | | |
|---|---|---|---|---|
| VR Commission | $ | - | $ | - |
| Celebrity Appearance | $ | - | $ | - |
| Merchandise | $ | - | $ | - |
| COGS - Smallwares | $ | - | $ | - |

|  |  |  |
|---|---:|---:|
| Total Cost of Venue Rental | $ - | $ - |
| Total Cost of Goods Sold | $ 113,575.50 | $ 159,559.28 |
| Gross Profit | $ 247,140.50 | $ 350,105.72 |

**Expenses**
**Payroll**
**Front of House**

|  |  |  |
|---|---:|---:|
| Server/Waiter | $ 18,035.80 | $ 25,483.25 |
| Bar | $ 7,214.32 | $ 10,193.30 |
| Runner | $ 5,603.62 | $ 7,916.55 |
| Trainer | $ 636.14 | $ 900.25 |
| Labor Service Fee | $ (10,821.48) | $ (15,289.95) |
| Private Party Server |  |  |
| Trainee | $ 1,895.71 | $ 3,113.62 |
| Total Front of House | $ 22,564.11 | $ 32,317.02 |

**Back of House**
BOH

|  |  |  |
|---|---:|---:|
| Kitchen | $ 22,793.62 | $ 32,199.20 |
| Expo | $ - | $ - |
| Total Back of House | $ 22,793.62 | $ 32,199.20 |

**Manager**

|  |  |  |
|---|---:|---:|
| Manager | $ 8,687.00 | $ 10,858.75 |
| Manager Hourly | $ 1,846.40 | $ 2,308.00 |
| PCE | $ 2,289.60 | $ 2,862.00 |
| Programming | $ 1,600.00 | $ 2,000.00 |
| Salary Allocations | $ 2,153.60 | $ 2,692.00 |
| Manager Bonus | $ - | $ - |
| Total Manager | $ 16,576.60 | $ 20,720.75 |

**Box Office Labor**

|  |  |  |
|---|---:|---:|
| Tickets | $ 1,984.12 | $ 2,802.53 |
| Projection | $ 1,153.60 | $ 1,442.00 |
| Total Box Office Labor | $ 3,137.72 | $ 4,244.53 |

**Other Labor**

|  |  |  |
|---|---:|---:|
| Maintenance | $ 922.40 | $ 1,153.00 |
| Meeting | $ 107.74 | $ 154.16 |
| Total Other Labor | $ 1,030.14 | $ 1,307.16 |

**Employee Related**

|  |  |  |
|---|---:|---:|
| FUTA | $ 546.66 | $ 773.79 |
| Medicare-Matching | $ 2,054.88 | $ 2,895.51 |
| Social Security- Matching | $ 8,379.07 | $ 11,821.57 |

| | | | | |
|---|---|---|---|---|
| SUI | $ | 5,142.21 | $ | 7,284.77 |
| Vacation | $ | - | $ | - |
| Payroll Processing Fees | $ | 1,252.17 | $ | 1,768.88 |
| Recruiting | $ | - | $ | - |
| Total Employee Related | $ | 17,375.00 | $ | 24,544.51 |
| | | | | |
| Total Payroll | $ | 83,477.18 | $ | 115,333.17 |
| **Promotional** | | | | |
| Promotional | | | | |
| Marketing | $ | 2,404.00 | $ | 3,005.00 |
| Advertising - Creative Dept Billing | $ | 51.06 | $ | 72.06 |
| Advertising | $ | 2,000.00 | $ | 2,000.00 |
| Advertising - Local | $ | 2,328.59 | $ | 4,115.98 |
| Marketing Fee | | | | |
| Special Events | $ | 129.50 | $ | 183.49 |
| Charitable Contributions | $ | - | $ | - |
| | | | | |
| Total Promotional | $ | 6,913.16 | $ | 9,376.53 |
| **Insurance** | | | | |
| Commercial | $ | 5,051.00 | $ | 5,051.00 |
| Health | $ | 1,621.98 | $ | 1,621.98 |
| Life Insurance | $ | - | $ | - |
| Workers Compensation | $ | 2,375.00 | $ | 2,375.00 |
| | | | | |
| Total Insurance | $ | 9,047.98 | $ | 9,047.98 |
| **Utilities** | | | | |
| Cable | $ | 711.21 | $ | 255.53 |
| Electric | $ | 9,465.63 | $ | 6,594.06 |
| Gas | $ | 1,040.32 | $ | 1,163.44 |
| Water | $ | 2,321.83 | $ | 2,383.54 |
| | | | | |
| Total Utilites | $ | 13,538.99 | $ | 10,396.57 |
| **Repair & Maintenance** | | | | |
| Repair & Maintenance | | | | |
| Equipment Repairs | $ | 3,988.34 | $ | 5,637.42 |
| HVAC Repairs | $ | - | $ | - |
| Kitchen Eqiupment Repairs | $ | 781.22 | $ | 1,049.44 |
| Preventative Maintenance | $ | 2,449.10 | $ | 3,460.04 |
| Fixed Rental | $ | 2,221.42 | $ | 3,124.38 |
| Janitorial | $ | 4,877.10 | $ | 6,886.80 |
| Pest Control | $ | - | $ | - |
| Trash Removal | $ | 265.59 | $ | 374.02 |
| Smallwares | $ | 290.33 | $ | 409.28 |
| Projection Supplies | $ | 1,331.82 | $ | 2,411.21 |
| Film Supplies | $ | - | $ | - |
| | | | | |
| Total Repair & Maintenance | $ | 16,204.92 | $ | 23,352.59 |

**Office & General Administrative Expense**
**Facility Expense**

| | | | |
|---|---|---|---|
| Rent or Lease | $ | 93,225.00 | $ 93,225.00 |
| Security | | | |
| Storage | | | |
| Telephone | $ | 1,600.00 | $ 1,600.00 |
| Property Tax | $ | 14,747.68 | $ 14,747.68 |
| Other Taxes | | | |
| Armored Car Service | | | |
| Quality Control | | | |
| Printing | $ | 278.77 | $ 397.14 |
| | | | |
| Total Facility Expense | $ | 109,851.45 | $ 109,969.82 |

**Office Expense**

| | | | |
|---|---|---|---|
| Merchant Service Fees | $ | 12,528.99 | $ 17,752.43 |
| Office Expense | | | |
| Bank Charges | $ | - | $ - |
| Delivery | $ | 30.85 | $ 43.38 |
| Dues & Subscriptions | $ | 416.67 | $ 416.67 |
| Professional Fees | $ | 485.49 | $ 684.63 |
| Equipment | $ | 17.26 | $ 24.94 |
| Film Booking Fee | $ | 453.21 | $ 642.64 |
| Licenses & Permits | $ | 38.59 | $ 54.64 |
| Supplies | $ | 5.05 | $ 7.29 |
| Travel | $ | 291.56 | $ 414.00 |
| Entertainment | $ | - | $ - |
| Staff Benefits | $ | 163.37 | $ 231.76 |
| Uniform | $ | 116.43 | $ 168.04 |
| | | | |
| Total Office Expense | $ | 2,018.47 | $ 2,687.98 |

**Other Expenses**

| | | | |
|---|---|---|---|
| Royalty Fees | $ | 9,017.90 | $ 12,741.63 |
| Internet Fees | $ | 11,822.54 | $ 16,708.24 |
| Management Fees | $ | 5,410.74 | $ 7,644.98 |
| Total Other Expenses | $ | 26,251.18 | $ 37,094.84 |
| Total EBITDTA Expenses | $ | 267,303.34 | $ 317,259.49 |
| Net EBITDA | $ | (20,162.83) | $ 32,846.23 |
| EBITDAR | $ | 73,062.17 | $ 126,071.23 |
| | | | |
| Depreciation | $ | 7,750.00 | $ 7,750.00 |
| Interest Expense | $ | - | $ - |
| Pre-Opening Expenses | | | |
| Total Other Expenses | $ | 7,750.00 | $ 7,750.00 |
| | | | |
| Total Expenses | | | |
| Net Income | $ | (27,912.83) | $ 77,548.03 |

| | | | |
|---|---|---|---|
| Principal and Interest Payment | $ | - | $ 17,811.00 |
| Cash Flow | $ | (20,162.83) | $ 15,035.23 |