**Fill in this information to identify the case:**

Debtor Name ___Alamo Chandler, LLC___

United States Bankruptcy Court for the: District of Arizona

Case number: ___2:20-bk-05017___

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: ___February 2021___

Date report filed: ___03/15/2021___
MM / DD / YYYY

Line of business: ___Cinema Eatery___

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: ___Craig Paschich___

Original signature of responsible party ___[signature]___

Printed name of responsible party ___Craig Paschich___

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?     ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ 135,744.16

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $  66,243.97

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $  101,515.24

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ -35,271.27

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ 100,472.89

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $  62,773.06

    *(Exhibit E)*

Case 2:20-bk-05017-DPC     Doc 193     Filed 03/31/21     Entered 03/31/21 14:28:42     Desc
Main Document          Page 2 of 19

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  0

27. What is the number of employees as of the date of this monthly report?  27

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | − | Column B | = | Column C |
|---|---|---|---|---|---|
| | **Projected** | | **Actual** | | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 110,000.00 | − | $ 66,243.97 | = | $ -43,756.03 |
| 33. **Cash disbursements** | $ 140,000.00 | − | $ 101,515.24 | = | $ -38,484.76 |
| 34. **Net cash flow** | $ -30,000.00 | − | $ -35,271.72 | = | $ -5,271.27 |

35. Total projected cash receipts for the next month:  $ 110,000.00

36. Total projected cash disbursements for the next month:  - $ 140,000.00

37. Total projected net cash flow for the next month:  = $ -30,000.00

Case 2:20-bk-05017-DPC     Doc 193     Filed 03/31/21     Entered 03/31/21 14:28:42     Desc
Main Document     Page 3 of 19

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Alamo Chandler LLC
Case Number 2:20-bk-05017

**Exhibit C**

| Wells Fargo | Account Transfers | 29,500.00 |
|---|---|---|
| | Reimbursement | 97.04 |
| | Sales | 66,146.93 |
| **Total** | | 95,743.97 |

# Alamo Chandler LLC
## Check Register
## For the Period From Feb 1, 2021 to Feb 28, 2021

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 12166 | 2/1/21 | The Shoppes at Cha | 1010-1010 | 28,173.55 |
| | 2/1/21 | US Foods, Inc | 1010-1010 | 57.96 |
| | 2/1/21 | US Foods, Inc | 1010-1010 | 1,201.45 |
| | 2/4/21 | Crescent Crown Distr | 1010-1010 | 165.65 |
| | 2/4/21 | Paylocity | 1010-1020 | 14,566.93 |
| | 2/4/21 | Alamo Gilbert LLC | 1010-1020 | 1,538.25 |
| ACH | 2/4/21 | Focus | 1010-1010 | 1,000.00 |
| ACH | 2/4/21 | Park Circus, Inc | 1010-1010 | 280.80 |
| ACH | 2/4/21 | Sony Pictures | 1010-1010 | 128.66 |
| ACH | 2/4/21 | Walt Disney Studios | 1010-1010 | 12.25 |
| ACH | 2/4/21 | Warner Bros. | 1010-1010 | 260.39 |
| | 2/5/21 | Bankcard Sys | 1010-1020 | 464.41 |
| | 2/5/21 | Bankcard Sys | 1010-1020 | 781.51 |
| | 2/8/21 | US Foods, Inc | 1010-1000 | 1,049.96 |
| 1039 | 2/8/21 | BlueCross BlueShiel | 1010-1020 | 2,084.60 |
| 1042 | 2/8/21 | Alamo Chandler LLC | 1010-1020 | 1,500.00 |
| | 2/8/21 | Svs Network | 1010-1020 | 2.25 |
| | 2/8/21 | Delta Dental | 1010-1010 | 79.28 |
| | 2/8/21 | Alamo Chandler LLC | 1010-1030 | 13,500.00 |
| | 2/9/21 | Fintech.net | 1010-1020 | 53.30 |
| | 2/9/21 | MPS Billing | 1010-1020 | 529.90 |
| | 2/9/21 | Paschich Alamo Man | 1010-1020 | 2,190.00 |
| 12168 | 2/10/21 | SRP | 1010-1000 | 4,453.16 |
| 12169 | 2/10/21 | ALAMO DRAFTHOU | 1010-1000 | 2,976.11 |
| 12170 | 2/10/21 | Arizona Cutlery & Sh | 1010-1000 | 27.50 |
| 12171 | 2/10/21 | Biggs Cagan & Cherr | 1010-1000 | 987.78 |
| 12172 | 2/10/21 | Deluxe Echostar LLC | 1010-1000 | 200.00 |
| 12173 | 2/10/21 | Digital Cinema Distrib | 1010-1000 | 131.65 |
| 12174 | 2/10/21 | Mahony Enviromental | 1010-1000 | 270.00 |
| 12175 | 2/10/21 | NuCo2 | 1010-1000 | 600.22 |
| 12176 | 2/10/21 | Southwest Gas Corp | 1010-1000 | 513.04 |
| 12177 | 2/10/21 | StickerMule | 1010-1000 | 90.96 |
| 1040 | 2/10/21 | Alamo Chandler LLC | 1010-1020 | 2,000.00 |

# Alamo Chandler LLC
## Check Register
### For the Period From Feb 1, 2021 to Feb 28, 2021

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| | 2/10/21 | Bankcard Sys | 1010-1020 | 8.65 |
| | 2/10/21 | Liberty Mutual Ins | 1010-1020 | 2,960.67 |
| | 2/11/21 | Wells Fargo | 1010-1020 | 158.94 |
| | 2/11/21 | Wells Fargo | 1010-1010 | 204.90 |
| | 2/11/21 | Wells Fargo | 1010-1030 | 21.83 |
| ACH | 2/11/21 | Sony Pictures | 1010-1010 | 69.70 |
| ACH | 2/11/21 | Walt Disney Studios | 1010-1010 | 125.00 |
| ACH | 2/11/21 | Warner Bros. | 1010-1010 | 1,608.02 |
| | 2/12/21 | BREAKTHRU | 1010-1020 | 184.33 |
| | 2/12/21 | Hensley & Company | 1010-1020 | 164.00 |
| ACH | 2/12/21 | US Foods, Inc | 1010-1010 | 1,269.29 |
| 1041 | 2/15/21 | American Express | 1010-1020 | 2,158.21 |
| Transfer | 2/16/21 | Alamo Chandler LLC | 1010-1010 | 2,000.00 |
| ACH | 2/17/21 | Stripe | 1010-1010 | 4.99 |
| ACH | 2/17/21 | Park Circus, Inc | 1010-1010 | 400.00 |
| ACH | 2/17/21 | Warner Bros. | 1010-1010 | 753.98 |
| | 2/18/21 | Paylocity | 1010-1020 | 14,978.95 |
| 12178 | 2/22/21 | City of Chandler | 1010-1020 | 91.95 |
| | 2/22/21 | US Foods, Inc | 1010-1010 | 2,059.19 |
| Transfer | 2/22/21 | Alamo Chandler LLC | 1010-1010 | 14,000.00 |
| | 2/26/21 | Hensley & Company | 1010-1010 | 195.00 |
| ACH | 2/26/21 | Arizona Dept of Reve | 1010-1010 | 5,726.12 |
| **Total** | | | | **131,015.24** |

# Alamo Chandler LLC
## Aged Payables
## As of Feb 28, 2021

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID / Vendor / Contact / Telephone 1 | Date | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 da | Amount Due |
|---|---|---|---|---|---|---|---|
| 101 | 10/15/2 | P10Wk2 Wa | | | | 632.00 | 632.00 |
| 101 Studios | 10/22/2 | P10Wk3 Wa | | | | 489.25 | 489.25 |
| | 10/29/2 | P10Wk4 Wa | | | | 162.75 | 162.75 |
| **101** | | | | | | **1,284.00** | **1,284.00** |
| **101 Studios** | | | | | | | |
| ALAMO | 12/10/2 | P12 Wk 1 2 | | | 1,516.92 | | 1,516.92 |
| ALAMO DRAFTHOUS | 12/17/2 | P12 Wk 2 2 | | | 1,370.43 | | 1,370.43 |
| | 12/24/2 | P12 Wk 3 2 | | | 2,172.80 | | 2,172.80 |
| | 12/31/2 | P12Wk4 | | 3,021.37 | | | 3,021.37 |
| **ALAMO** | | | | **3,021.37** | **5,060.15** | | **8,081.52** |
| **ALAMO DRAFTHOUS** | | | | | | | |
| Amazon | 11/26/2 | P11Wk3 So | | | | 15.75 | 15.75 |
| Amazon Studios | 1/14/21 | P1WK2 One | | 80.50 | | | 80.50 |
| | 1/21/21 | P1Wk3 One | | 67.11 | | | 67.11 |
| **Amazon** | | | | **147.61** | | **15.75** | **163.36** |
| **Amazon Studios** | | | | | | | |
| American Genre | 12/4/20 | PD12Wk1 D | | | 150.00 | | 150.00 |
| American Genre Film | 12/4/20 | 6190 | | | 150.00 | | 150.00 |
| | 12/25/2 | 6217 | | | 150.00 | | 150.00 |
| | 12/31/2 | Pd12Wk4 Bl | | 150.00 | | | 150.00 |
| **American Genre** | | | | **150.00** | **450.00** | | **600.00** |
| **American Genre Film** | | | | | | | |
| Arizona Cutlery | 12/7/20 | 2192921 | | | 27.50 | | 27.50 |
| Arizona Cutlery & Shar | 12/21/2 | 2196026 | | | 27.50 | | 27.50 |
| | 1/4/21 | 2199491 | | 27.50 | | | 27.50 |
| | 1/18/21 | 2202109 | | 27.50 | | | 27.50 |
| **Arizona Cutlery** | | | | **55.00** | **55.00** | | **110.00** |
| **Arizona Cutlery & Sh** | | | | | | | |
| Bleecker Street | 10/8/20 | P10Wk1 Sa | | | | 191.89 | 191.89 |
| Bleecker Street Media | 10/15/2 | P10Wk2 Sa | | | | 174.91 | 174.91 |
| | 10/22/2 | P10Wk3 Sa | | | | 37.80 | 37.80 |
| **Bleecker Street** | | | | | | **404.60** | **404.60** |
| **Bleecker Street Medi** | | | | | | | |

# Alamo Chandler LLC
## Aged Payables
### As of Feb 28, 2021

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Date | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 da | Amount Due |
|---|---|---|---|---|---|---|---|
| BlueSky<br>BlueSky Pest Control | 12/22/2 | 1577385 | | | 172.00 | | 172.00 |
| **BlueSky**<br>**BlueSky Pest Control** | | | | | **172.00** | | **172.00** |
| BMI<br>BMI Janitorial Group | 1/4/21 | 406943 | | 2,455.65 | | | 2,455.65 |
| **BMI**<br>**BMI Janitorial Group** | | | | **2,455.65** | | | **2,455.65** |
| Briarcliff<br>Briarcliff Entertainment | 1/21/21 | P1Wk3 The | | 732.88 | | | 732.88 |
| **Briarcliff**<br>**Briarcliff Entertainme** | | | | **732.88** | | | **732.88** |
| Brown<br>Brown Whornet | 10/29/2 | P10Wk4 No | | | | 107.80 | 107.80 |
| **Brown**<br>**Brown Whornet** | | | | | | **107.80** | **107.80** |
| CloudBurst<br>CloudBurst | 9/24/20 | P9WK3 Infid | | | | 319.05 | 319.05 |
| CloudBurst | 10/1/20 | P09WK4 Infi | | | | 40.95 | 40.95 |
| **CloudBurst**<br>**CloudBurst** | | | | | | **360.00** | **360.00** |
| Cox Business<br>Cox Business | 6/17/20 | 12005 | | | | -797.62 | -797.62 |
| Cox Business | 12/31/2 | 235536701 | | 517.87 | | | 517.87 |

# Alamo Chandler LLC
## Aged Payables
### As of Feb 28, 2021

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Date | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 da | Amount Due |
|---|---|---|---|---|---|---|---|
| **Cox Business**<br>**Cox Business** | | | | **517.87** | | **-797.62** | **-279.75** |
| Delta Dental<br>Delta Dental | 12/31/2 | 825940 | | 79.28 | | | 79.28 |
| **Delta Dental**<br>**Delta Dental** | | | | **79.28** | | | **79.28** |
| Deluxe Echostar LLC<br>Deluxe Echostar LLC | 1/14/21<br>1/14/21<br>1/14/21<br>1/21/21<br>1/21/21<br>1/21/21 | 92300342<br>92300343<br>92300344<br>92303581<br>92303580<br>92303582 | | 40.00<br>40.00<br>40.00<br>40.00<br>40.00<br>40.00 | | | 40.00<br>40.00<br>40.00<br>40.00<br>40.00<br>40.00 |
| **Deluxe Echostar LLC**<br>**Deluxe Echostar LLC** | | | | **240.00** | | | **240.00** |
| Digital Cinema Distr<br>Digital Cinema Distrib | 12/4/20<br>1/8/21<br>1/15/21 | PY048392<br>AR0173646<br>AR0173844 | | 18.33<br>18.33 | -10.00 | | -10.00<br>18.33<br>18.33 |
| **Digital Cinema Distr**<br>**Digital Cinema Distri** | | | | **36.66** | **-10.00** | | **26.66** |
| EcoLab<br>EcoLab | 12/26/2<br>1/1/21 | 6259188554<br>6259258336 | | 283.49 | 94.57 | | 94.57<br>283.49 |
| **EcoLab**<br>**EcoLab** | | | | **283.49** | **94.57** | | **378.06** |
| Feels Good Man Film<br>Feels Good Man Film | 9/10/20 | P9Wk1 Feel | | | | 24.68 | 24.68 |
| **Feels Good Man Film**<br>**Feels Good Man Film** | | | | | | **24.68** | **24.68** |

# Alamo Chandler LLC
## Aged Payables
### As of Feb 28, 2021

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Date | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 da | Amount Due |
|---|---|---|---|---|---|---|---|
| Focus | 10/1/20 | P9WK4 Kajil | | | | 175.00 | 175.00 |
| Focus | 10/1/20 | P9WK4 OnT | | | | 4.90 | 4.90 |
| | 10/8/20 | P10WK1 Ka | | | | 63.90 | 63.90 |
| | 11/12/2 | PD11Wk1 C | | | | 260.14 | 260.14 |
| | 11/12/2 | PD11Wk1 L | | | | 850.73 | 850.73 |
| | 11/19/2 | Pd11Wk2 C | | | | 53.46 | 53.46 |
| | 11/19/2 | Pd11Wk2 L | | | | 409.84 | 409.84 |
| | 11/26/2 | Pd11Wk3 L | | | | 218.81 | 218.81 |
| | 12/3/20 | PD11Wk3 L | | | 119.09 | | 119.09 |
| | 12/4/20 | PD12Wk1 H | | | 148.28 | | 148.28 |
| | 12/11/2 | Pd12Wk2 H | | | 111.94 | | 111.94 |
| | 12/18/2 | Pd12Wk3 H | | | 35.19 | | 35.19 |
| | 12/18/2 | Pd12Wk3 H | | | 5.79 | | 5.79 |
| | 1/7/21 | Pd1Wk1 Pro | | 611.04 | | | 611.04 |
| | 1/14/21 | P1Wk2 Pro | | 175.68 | | | 175.68 |
| | 1/21/21 | P1Wk3 Pro | | 249.48 | | | 249.48 |
| **Focus**<br>**Focus** | | | | **1,036.20** | **420.29** | **2,036.78** | **3,493.27** |
| Frost<br>Frost Appliance | 1/14/21 | 94513 | | 211.72 | | | 211.72 |
| **Frost**<br>**Frost Appliance** | | | | **211.72** | | | **211.72** |
| Funimation | 10/1/20 | P9WK4 Akir | | | | 702.13 | 702.13 |
| Funimation | 10/8/20 | P10WK1 Aki | | | | 178.38 | 178.38 |
| | 10/15/2 | P10Wk2 Aki | | | | 34.50 | 34.50 |
| **Funimation**<br>**Funimation** | | | | | | **915.01** | **915.01** |
| Giant<br>Giant | 11/12/2 | PD11Wk1 A | | | | 5.60 | 5.60 |
| **Giant**<br>**Giant** | | | | | | **5.60** | **5.60** |
| GKids<br>GKids Inc | 10/29/2 | P10Wk4 Lu | | | | 27.39 | 27.39 |

# Alamo Chandler LLC
## Aged Payables
## As of Feb 28, 2021

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID Vendor Contact Telephone 1 | Date | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 da | Amount Due |
|---|---|---|---|---|---|---|---|
| **GKids** **GKids Inc** | | | | | | 27.39 | 27.39 |
| IFC Entertainment, L | 1/7/21 | Pd1Wk1 Hu | | 150.00 | | | 150.00 |
| IFC Entertainment, LL | 1/21/21 | P1Wk3 MLK | | 12.40 | | | 12.40 |
| **IFC Entertainment, L** **IFC Entertainment, L** | | | | **162.40** | | | **162.40** |
| IronEdge | 12/15/2 | 22635 | | | 2,149.96 | | 2,149.96 |
| IronEdge | 1/15/21 | 22871 | | 2,149.96 | | | 2,149.96 |
| **IronEdge** **IronEdge** | | | | **2,149.96** | **2,149.96** | | **4,299.92** |
| Lionsgate | 11/6/20 | PD11Wk2 K | | | | 100.00 | 100.00 |
| Lionsgate | 11/26/2 | Pd11Wk3 K | | | | 100.00 | 100.00 |
| | 1/14/21 | P1Wk2 Fata | | 59.00 | | | 59.00 |
| **Lionsgate** **Lionsgate** | | | | **59.00** | | **200.00** | **259.00** |
| Magnolia Pictures | 10/1/20 | P9WK4 RB | | | | 22.05 | 22.05 |
| Magnolia Pictures, LL | 11/26/2 | Pd11Wk3 Z | | | | 18.00 | 18.00 |
| | 12/3/20 | PD11Wk3 C | | | 3.94 | | 3.94 |
| | 1/21/21 | P1Wk3 Som | | 40.90 | | | 40.90 |
| **Magnolia Pictures** **Magnolia Pictures, L** | | | | **40.90** | **3.94** | **40.05** | **84.89** |
| Matson | 12/4/20 | PD12Wk1 2 | | | 20.74 | | 20.74 |
| Matson Films | | | | | | | |
| **Matson** **Matson Films** | | | | | **20.74** | | **20.74** |

# Alamo Chandler LLC
## Aged Payables
### As of Feb 28, 2021

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Date | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 da | Amount Due |
|---|---|---|---|---|---|---|---|
| Movio<br>Movio Ltd | 12/31/2 | 22012053 | | 46.18 | | | 46.18 |
| **Movio**<br>**Movio Ltd** | | | | **46.18** | | | **46.18** |
| Netflix, Inc<br>Netflix, Inc | 9/24/20 | P9WK3 Dev | | | | 96.60 | 96.60 |
| | 11/19/2 | Pd11Wk2 Hi | | | | 38.76 | 38.76 |
| | 11/26/2 | Pd11Wk3 M | | | | 12.34 | 12.34 |
| | 12/3/20 | PD11Wk4 M | | | 53.29 | | 53.29 |
| **Netflix, Inc**<br>**Netflix, Inc** | | | | | **53.29** | **147.70** | **200.99** |
| NuCo2<br>NuCo2 | 8/31/20 | 64036179 | | | | 200.92 | 200.92 |
| | 8/31/20 | 64041200 | | | | 369.45 | 369.45 |
| | 9/11/20 | 64093075 | | | | 219.74 | 219.74 |
| | 10/1/20 | 64102139 | | | | 330.59 | 330.59 |
| | 10/26/2 | 64622195 | | | | 200.92 | 200.92 |
| | 10/26/2 | 64627572 | | | | 409.05 | 409.05 |
| | 11/1/20 | 64487716 | | | | 330.59 | 330.59 |
| | 11/5/20 | 64746122 | | | | 149.75 | 149.75 |
| | 12/31/2 | 65264746 | | 85.77 | | | 85.77 |
| | 12/31/2 | 65193263 | | 247.94 | | | 247.94 |
| | 1/1/21 | 65049028 | | 347.12 | | | 347.12 |
| | 2/1/21 | 65344097 | 347.12 | | | | 347.12 |
| **NuCo2**<br>**NuCo2** | | | **347.12** | **680.83** | | **2,211.01** | **3,238.96** |
| Paramount Pictures<br>Paramount Pictures | 9/30/20 | Wire | | | | -300.00 | -300.00 |
| | 10/8/20 | P10WK1 Fa | | | | 100.00 | 100.00 |
| | 10/8/20 | P10WK1 Sp | | | | 35.53 | 35.53 |
| | 10/15/2 | P10Wk2 Scr | | | | 100.00 | 100.00 |
| | 10/22/2 | P10Wk3 Lo | | | | 293.65 | 293.65 |
| | 10/29/2 | P10Wk4 Lo | | | | 78.75 | 78.75 |
| | 11/6/20 | PD11Wk2 G | | | | 300.00 | 300.00 |
| | 11/6/20 | Pd11Wk2 Pl | | | | 300.00 | 300.00 |
| | 11/12/2 | PD11Wk1 C | | | | 125.00 | 125.00 |
| | 11/12/2 | PD11Wk1 S | | | | 23.28 | 23.28 |
| | 11/26/2 | Pd11Wk3 G | | | | 100.00 | 100.00 |
| | 11/26/2 | Pd11Wk3 Pl | | | | 102.25 | 102.25 |
| | 12/16/2 | | | | -600.00 | | -600.00 |
| | 12/18/2 | Pd12Wk3 It | | | 200.00 | | 200.00 |
| | 12/18/2 | Pd12Wk3 W | | | 200.00 | | 200.00 |
| **Paramount Pictures**<br>**Paramount Pictures** | | | | | **-200.00** | **1,258.46** | **1,058.46** |

# Alamo Chandler LLC
## Aged Payables
### As of Feb 28, 2021

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Date | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 da | Amount Due |
|---|---|---|---|---|---|---|---|
| Paschich Alamo Mana<br>Paschich Alamo Mana | 11/30/2 | Managemen | | | 2,294.84 | | 2,294.84 |
| **Paschich Alamo Man**<br>**Paschich Alamo Man** | | | | | **2,294.84** | | **2,294.84** |
| RLJ<br>RLJ Entertainment | 10/15/2 | P10Wk2 Dis | | | | 77.00 | 77.00 |
| **RLJ**<br>**RLJ Entertainment** | | | | | | **77.00** | **77.00** |
| Sony Electronics<br>Sony Electronics Inc | 11/18/2 | 90050310 | | | | 7,481.25 | 7,481.25 |
| **Sony Electronics**<br>**Sony Electronics Inc** | | | | | | **7,481.25** | **7,481.25** |
| Sony Pictures<br>Sony Pictures | 10/1/20<br>10/1/20<br>10/1/20<br>11/6/20<br>11/6/20<br>11/26/2<br>1/14/21 | P9WK4 Bro<br>P9WK4 The<br>P9WK4 The<br>PD11Wk2 G<br>PD11Wk2 H<br>Pd11Wk3 L<br>P1Wk2 Mon | | 25.57 | | 48.74<br>27.83<br>75.00<br>239.40<br>74.38<br>71.55 | 48.74<br>27.83<br>75.00<br>239.40<br>74.38<br>71.55<br>25.57 |
| **Sony Pictures**<br>**Sony Pictures** | | | | **25.57** | | **536.90** | **562.47** |
| Trafalgar<br>Trafalgar Releasing LT | 11/12/2<br>12/3/20<br>12/4/20<br>1/14/21<br>1/14/21 | 00115117<br>PD11Wk4 E<br>PD12Wk1 E<br>00117300<br>00117301 | | 105.76<br>135.38 | 105.75<br>135.38 | 253.50 | 253.50<br>105.75<br>135.38<br>105.76<br>135.38 |
| **Trafalgar**<br>**Trafalgar Releasing L** | | | | **241.14** | **241.13** | **253.50** | **735.77** |

Case 2:20-bk-05017-DPC    Doc 193    Filed 03/31/21    Entered 03/31/21 14:28:42    Desc
Main Document    Page 14 of 19

# Alamo Chandler LLC
## Aged Payables
## As of Feb 28, 2021

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Date | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 da | Amount Due |
|---|---|---|---|---|---|---|---|
| Tri-Mega Mechanical | 1/13/21 | 01132021 | | 95.00 | | | 95.00 |
| | 1/13/21 | 011321 | | 4,335.90 | | | 4,335.90 |
| **TriMega**<br>**Tri-Mega Mechanical** | | | | **7,175.90** | | | **7,175.90** |
| Tripleseat<br>Triepleseat | 1/12/21 | INV732765 | | 141.49 | | | 141.49 |
| **Tripleseat**<br>**Triepleseat** | | | | **141.49** | | | **141.49** |
| UniFirst<br>UniFirst Corporation | 12/28/2 | 3152332418 | | | 109.46 | | 109.46 |
| | 1/11/21 | 3152338162 | | 109.46 | | | 109.46 |
| **UniFirst**<br>**UniFirst Corporation** | | | | **109.46** | **109.46** | | **218.92** |
| United Artists<br>United Artists | 10/29/2 | P10Wk4 Ad | | | | 77.35 | 77.35 |
| **United Artists**<br>**United Artists** | | | | | | **77.35** | **77.35** |
| Universal Film Excha<br>Universal Film Exchan | 9/17/20 | Wire | | | | -2,500.00 | -2,500.00 |
| | 10/7/20 | | | | | -1,000.00 | -1,000.00 |
| | 10/15/2 | P10Wk2 Ca | | | | 100.00 | 100.00 |
| | 10/15/2 | P10Wk2 Th | | | | 100.00 | 100.00 |
| | 10/29/2 | P10Wk4 Ps | | | | 100.00 | 100.00 |
| | 11/12/2 | PD11Wk2 S | | | | 100.00 | 100.00 |
| | 11/19/2 | Pd11Wk2 Fr | | | | 472.44 | 472.44 |
| | 11/19/2 | Pd11Wk2 S | | | | 100.00 | 100.00 |
| | 11/19/2 | Pd11Wk2 Bi | | | | 100.00 | 100.00 |
| | 11/26/2 | Pd11Wk3 Fr | | | | 234.48 | 234.48 |
| | 11/26/2 | Pd11Wk3 H | | | | 100.00 | 100.00 |
| | 11/26/2 | Pd11Wk3 L | | | | 106.20 | 106.20 |
| | 12/3/20 | PD11Wk4 F | | | 120.12 | | 120.12 |
| | 12/3/20 | PD11Wk4 T | | | 1,117.64 | | 1,117.64 |
| | 12/4/20 | PD12Wk1 A | | | 115.27 | | 115.27 |
| | 12/4/20 | PD12Wk1 T | | | 793.40 | | 793.40 |
| | 12/4/20 | PD12Wk1 T | | | 100.00 | | 100.00 |
| | 12/11/2 | Pd12Wk2 Al | | | 37.01 | | 37.01 |

# Alamo Chandler LLC
## Aged Payables
### As of Feb 28, 2021

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Date | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 da | Amount Due |
|---|---|---|---|---|---|---|---|
| | 12/18/2 | Pd12Wk3 D | | | 100.00 | | 100.00 |
| | 12/18/2 | Pd12Wk3 T | | | 598.19 | | 598.19 |
| | 12/31/2 | Pd12Wk4 N | | 1,223.95 | | | 1,223.95 |
| | 12/31/2 | Pd12Wk4 T | | 669.60 | | | 669.60 |
| | 1/7/21 | Pd1Wk1 Ne | | 454.74 | | | 454.74 |
| | 1/7/21 | Pd1Wk1 Th | | 615.87 | | | 615.87 |
| | 1/13/21 | ACH | | -3,400.00 | | | -3,400.00 |
| | 1/14/21 | P1Wk2 Bac | | 100.00 | | | 100.00 |
| | 1/14/21 | P1Wk2 New | | 334.75 | | | 334.75 |
| | 1/14/21 | P1Wk2 The | | 71.28 | | | 71.28 |
| | 1/21/21 | P1Wk3 Bac | | 100.00 | | | 100.00 |
| | 1/21/21 | P1Wk3 New | | 197.34 | | | 197.34 |
| | 1/21/21 | P1Wk3 The | | 189.00 | | | 189.00 |
| **Universal Film Excha**<br>**Universal Film Excha** | | | | **556.53** | **3,484.51** | **-1,986.88** | **2,054.16** |
| Variance<br>Variance Films | 11/12/2 | PD11Wk2 D | | | | 62.20 | 62.20 |
| | 11/19/2 | Pd11Wk2 Ji | | | | 28.79 | 28.79 |
| | 12/11/2 | Pd12Wk2 Ar | | | 136.33 | | 136.33 |
| | 12/18/2 | Pd12Wk3 Ar | | | 49.00 | | 49.00 |
| **Variance**<br>**Variance Films** | | | | | **185.33** | **90.99** | **276.32** |
| Vista Entertainment<br>Vista Entertainment | 11/24/2 | 22011022 | | | | 9,643.75 | 9,643.75 |
| **Vista Entertainment**<br>**Vista Entertainment** | | | | | | **9,643.75** | **9,643.75** |
| Walt Disney Studios<br>Walt Disney Studios | 10/8/20 | P10WK1 Ho | | | | 344.75 | 344.75 |
| | 10/8/20 | P10WK1 St | | | | 154.00 | 154.00 |
| | 11/6/20 | PD11WK2 T | | | | 125.00 | 125.00 |
| | 11/12/2 | PD11Wk1 T | | | | 125.00 | 125.00 |
| | 11/26/2 | P11Wk3 Sa | | | | 125.00 | 125.00 |
| | 12/3/20 | PD11Wk4 | | | 125.00 | | 125.00 |
| | 12/3/20 | PD11Wk4 S | | | 39.20 | | 39.20 |
| | 1/14/21 | P1Wk2 Alie | | 44.10 | | | 44.10 |
| **Walt Disney Studios**<br>**Walt Disney Studios** | | | | **44.10** | **164.20** | **873.75** | **1,082.05** |
| Warner Bros.<br>Warner Bros. | 11/6/20 | PD11Wk2 T | | | | 162.11 | 162.11 |
| | 11/12/2 | PD11Wk1 S | | | | 66.15 | 66.15 |
| | 11/12/2 | PD11Wk1 C | | | | 86.80 | 86.80 |
| | 11/12/2 | Pd11Wk1 T | | | | 310.59 | 310.59 |

# Alamo Chandler LLC
## Aged Payables
## As of Feb 28, 2021

Filter Criteria includes: 1) Includes Drop Shipments. Report order is by ID. Report is printed in Detail Format.

| Vendor ID<br>Vendor<br>Contact<br>Telephone 1 | Date | Invoice/CM | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 da | Amount Due |
|---|---|---|---|---|---|---|---|
| | 11/19/2 | Pd11Wk2 N | | | | 33.25 | 33.25 |
| | 11/26/2 | Pd11Wk3 T | | | | 225.38 | 225.38 |
| | 12/3/20 | PD11Wk4 T | | | 180.50 | | 180.50 |
| | 1/14/21 | P1Wk2 Won | | 418.14 | | | 418.14 |
| **Warner Bros.**<br>**Warner Bros.** | | | | **418.14** | **180.50** | **1,126.48** | **1,725.12** |
| | | | | | | | |
| WellG<br>Well Go USA | 10/29/2 | P10Wk4 Sy | | | | 261.40 | 261.40 |
| **WellG**<br>**Well Go USA** | | | | | | **261.40** | **261.40** |
| | | | | | | | |
| **Report Total** | | | **347.12** | **20,819.33** | **14,929.91** | **26,676.70** | **62,773.06** |

**Alamo Chandler LLC**
Income Statement
For the Month of February 2021

| | Current Month | |
|---|---|---|
| **Revenues** | | |
| Retail Ticket Sales | $ 5,577.75 | 9.55 |
| Internet Ticket Sales | 14,450.50 | 24.73 |
| Internet Fee | 2,201.76 | 3.77 |
| Food Sales | 20,720.25 | 35.46 |
| NA Beverage Sales | 3,169.75 | 5.43 |
| Dessert Sales | 2,162.00 | 3.70 |
| Retail Sales | 568.00 | 0.97 |
| Bottled Beer Sales | 673.00 | 1.15 |
| Draft Beer Sales | 3,538.00 | 6.06 |
| Wine Sales | 1,008.50 | 1.73 |
| Liquor Sales | 3,850.25 | 6.59 |
| Venue Rental Sales | 1,590.00 | 2.72 |
| Special Event Sales | 589.05 | 1.01 |
| Food Comps | (1,545.66) | (2.65) |
| Alc Comps | (125.26) | (0.21) |
| | | |
| Total Revenues | 58,427.89 | 100.00 |
| | | |
| | | |
| **Cost of Sales** | | |
| Film Rental | 6,352.96 | 10.87 |
| Access Digital Cinema | 249.22 | 0.43 |
| Special Event Supplies | (187.25) | (0.32) |
| COGS - Dairy | 691.25 | 1.18 |
| COGS - Meats | 166.06 | 0.28 |
| COGS - Seafood | 235.14 | 0.40 |
| COGS - Poultry | 811.01 | 1.39 |
| COGS - Produce | 177.84 | 0.30 |
| COGS - Bakery | 294.18 | 0.50 |
| COGS - Grocery | 1,875.62 | 3.21 |
| COGS - Paper | 1,434.21 | 2.45 |
| COGS - Desserts | 842.53 | 1.44 |
| COGS - N/A Beverages | 486.56 | 0.83 |
| COGS - Bottled Beer | 29.69 | 0.05 |
| COGS - Draft Beer | 341.30 | 0.58 |
| COGS - Wine | 365.22 | 0.63 |
| COGS - Liquor | 41.11 | 0.07 |
| | | |
| Total Cost of Sales | 14,206.65 | 24.31 |
| | | |
| Gross Profit | 44,221.24 | 75.69 |
| | | |
| **Expenses** | | |
| Rent or Lease | 30,000.00 | 51.35 |
| Server/Waiter | 3,532.29 | 6.05 |
| Bar | 2,666.39 | 4.56 |
| Runner | 184.01 | 0.31 |
| Trainee | 283.82 | 0.49 |
| Labor Service Charge | (2,063.58) | (3.53) |

Alamo Chandler LLC
Income Statement
For the Month of February 2021

| | Current Month | |
|---|---|---|
| Kitchen | 4,638.73 | 7.94 |
| Manager Expenses | 7,076.94 | 12.11 |
| Manager Hourly | 3,343.79 | 5.72 |
| Programming | 1,025.66 | 1.76 |
| Salary Allocations | 1,923.08 | 3.29 |
| Projection | 1,153.86 | 1.97 |
| FUTA | 187.85 | 0.32 |
| Medicare-Matching | 474.18 | 0.81 |
| Social Security- Matching | 2,027.56 | 3.47 |
| SUI | 25.05 | 0.04 |
| Payroll Processing Fees | 370.32 | 0.63 |
| Advertising | 219.64 | 0.38 |
| Advertising - Local | 291.51 | 0.50 |
| Marketing | 273.55 | 0.47 |
| Special Events | 289.25 | 0.50 |
| Commercial | 1,960.67 | 3.36 |
| Health | 1,277.07 | 2.19 |
| Cable | 417.96 | 0.72 |
| Electric | 3,655.20 | 6.26 |
| Water | 183.90 | 0.31 |
| Equipment Repairs | 79.04 | 0.14 |
| Preventative Maintenance | 3,363.99 | 5.76 |
| Fixed Rental | 894.41 | 1.53 |
| Janitorial | 1,335.06 | 2.28 |
| Merchant Service Fees | 1,489.39 | 2.55 |
| Telephone | 641.42 | 1.10 |
| Bank Charges | 438.97 | 0.75 |
| Delivery | 154.48 | 0.26 |
| Supplies | 198.81 | 0.34 |
| Uniform | (31.00) | (0.05) |
| Royalty Fees | 1,367.80 | 2.34 |
| Internet Fees | 2,311.86 | 3.96 |
| Management Fees | 1,752.84 | 3.00 |
| Depreciation | 18,752.33 | 32.09 |
| | | |
| Total Expenses | 98,168.10 | 168.02 |
| | | |
| Net Income | ($ 53,946.86) | (92.33) |